United States District Court
Office of the Clerk
Eastern District of Texas

David J. Maland  
Clerk  
December 28, 2005

100 E Houston Street  
Marshall, TX 75670  
903 935 2912

Richard W Wieking, Clerk  
Northern District of California  
2112 United States Courthouse  
280 South First Street  
San Jose, CA 95113



JAN 06 2006

Case Number # 2:05cv215  
Style: Zoltar Satellite Systems, Inc. Vs LG Electronics Mobile Communications Co. Etal

Dear Clerk:

Pursuant to an order from our court, we are transferring to your District the above entitled cause of action. We are forwarding certified copies of the order of transfer, docket sheet, complaint or notice of removal, and sealed documents if any.

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: **http://ecf.txed.circ5.den.** We have assigned a login and password for the district courts to use in accessing this information. The login is ___CA/ND___ and the password is __transfer!_____.

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

If you need help accessing our electronic file call our help desk at 1-866-251-7534 or the number listed at the top of this letter.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

Sincerely,  
David J. Maland, Clerk  
By_____  
Deputy Clerk

Enclosures

Received items described above on this date _____ C06 00044 JW _____.  
and assigned Case Number_____  
Clerk U.S. District Court  
By_____

RS  
ADR

E-Filing