**United States District Court**
For the Northern District of California

1
2
3                                                          *E-FILED*
                                                         July 7, 2006
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   ZOLTAR SATELITTE SYSTEMS,                 No. C  06-00044 JW (RS)
12          Plaintiff,
13       v.                                    **ORDER OF RECUSAL**
                                               **RE:   REFERRED MATTERS**
14
15   LG ELECTRONICS MOBILE
     COMMUNICATIONS, et al.,
16          Defendants.
     _____/
17

18       I hereby recuse myself from hearing or determining any matters which have been referred to

19   me as Magistrate Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

20   matters in this case to another Magistrate Judge.

21       IT IS SO ORDERED.

22

23   Dated:  July 7, 2006

24                                             _____
                                               RICHARD SEEBORG
25                                             United States Magistrate Judge
26
27
28