| | |
|---|---|
| 1 | Lina M. Brenner (SBN 191075) |
| | **DUANE MORRIS LLP** |
| 2 | One Market, Spear Tower, Suite 2000 |
| | San Francisco, California 94105-1104 |
| 3 | Telephone:  415.957.3000 |
| | Facsimile:   415.957.3001 |
| 4 | Email: lmbrenner@duanemorris.com |
| 5 | Attorneys for Defendants |
| | AUDIOVOX COMMUNICATIONS |
| 6 | CORPORATION |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZOLTAR SATELLITE SYSTEMS, INC.; | Case No.: 5:06 CV 00044 JW |
| Plaintiff, | [PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY D. JOSEPH ENGLISH** *PRO HAC VICE* |
| v. | |
| LG ELECTRONICS MOBILE COMMUNICATIONS COMPANY; LG ELECTRONICS INC.; MOTOROLA INC.; AUDIOVOX COMMUNICATIONS CORPORATION; UTSTARCOM, INC.; UTSTARCOM PERSONAL COMMUNICATIONS; SANYO NORTH AMERICA CORPORATION; SANYO ELECTRIC CO., LTD.; PALMONE, INC.; WHERIFY WIRELESS, INC.; SPRINT CORPORATION, | |
| Defendants. | |

1

1   D. Joseph English, an active member in good standing of the Virginia State Bar, whose
2   business address and telephone number is 1667 K Street, N.W., Suite 700, Washington, DC 20006-
3   1608, (202) 776-7800, having applied in the above-entitled action for admission to practice in the
4   Northern District of California on a *pro hac vice* basis, representing defendant Audiovox
5   Communications Corporation,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8   *vice*. Service of papers and communication with co-counsel designated in the application will
9   constitute notice to the party. All future filings in this action are subject to the requirements
10  contained in General Order No. 45, *Electronic Case Filing*.

12  Dated:       7/11/06                           _____
13                                                 The Honorable James Ware

1