COUNSEL LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS MOBILE COMMUNICATIONS CO., et al. <br><br> Defendants. | Case No.: 06cv044 JW <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** <br><br> Hon. James Ware |

    Pursuant to Civil Local Rule 7-11, counsel for Plaintiff Zoltar Satellite Alarm Systems, Inc. and for Defendants have met and conferred and agree that it would be in the best interests of the parties and of judicial economy to reset the Case Management Conference in this action to follow the trial in the related case *QUALCOMM Incorporated, et al. v. Zoltar Satellite Alarm Systems, Inc.*, Civil Action No. C 01-20291 JW.

    The parties therefore stipulate, agree, and respectfully request the Court to reschedule the Case Management Conference presently set for September 18, 2006 at 10:00 a.m. to instead take place December 4, 2006 at 10:00 a.m., and further stipulate and agree that all dates relating to the Case Management Conference, including the deadline to meet and confer regarding case management

issues and for the exchange of initial disclosures, be reset in accordance with the new December 4, 2006 Case Management Conference date.

IT IS SO STIPULATED:

DATED: 9/5/06

WILLIAMS, MORGAN & AMERSON, P.C.
GIRARDI & KEESE

By: /s/ Howard B Miller
Howard B Miller

Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED: _____

HELLER EHRMAN LLP

By: _____
Michael M. Markman

Attorneys for Defendant
PALM, INC.

DATED: 9/5/06

FISH & RICHARDSON P.C.

By: /s/
Michael J. McKeon

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

DATED: _____

JONES DAY

By: _____
Tharan Gregory Lanier

Attorneys for Defendant
MOTOROLA INC.

DATED: _____

DUANE MORRIS LLP

By: _____
D. Joseph English
Lina M. Brenner

Attorneys for Defendant
AUDIOVOX COMMUNICATIONS CORP.

issues and for the exchange of initial disclosures, be reset in accordance with the new December 4, 2006 Case Management Conference date.

IT IS SO STIPULATED:

DATED: _____   WILLIAMS, MORGAN & AMERSON, P.C.
                                GIRARDI & KEESE


                                By:_____
                                Howard Miller

                                Attorneys for Plaintiff
                                ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED: _____   HELLER EHRMAN LLP


                                By:   s/ Michael M. Markman
                                Michael M. Markman

                                Attorneys for Defendant
                                PALM, INC.

DATED: _____   FISH & RICHARDSON P.C.


                                By:_____
                                Michael J. McKeon

                                Attorneys for Defendant
                                LG ELECTRONICS MOBILECOMM U.S.A., INC.

DATED: _____   JONES DAY


                                By:_____
                                Tharan Gregory Lanier

                                Attorneys for Defendant
                                MOTOROLA INC.

DATED: _____   DUANE MORRIS LLP


                                By:_____
                                D. Joseph English
                                Lina M. Brenner

                                Attorneys for Defendant
                                AUDIOVOX COMMUNICATIONS CORP.

issues and for the exchange of initial disclosures, be reset in accordance with the new December 4, 2006 Case Management Conference date.

IT IS SO STIPULATED:

DATED: 9/5/06

WILLIAMS, MORGAN & AMERSON, P.C.
GIRARDI & KEESE

By: /s/ Howard B Miller
Howard B Miller

Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED: _____

HELLER EHRMAN LLP

By: _____
Michael M. Markman

Attorneys for Defendant
PALM, INC.

DATED: _____

FISH & RICHARDSON P.C.

By: _____
Michael J. McKeon

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

DATED: _____

JONES DAY

By: /s/ Lanier (by EC w/ permission)
Tharan Gregory Lanier

Attorneys for Defendant
MOTOROLA INC.

DATED: _____

DUANE MORRIS LLP

By: _____
D. Joseph English
Lina M. Brenner

Attorneys for Defendant
AUDIOVOX COMMUNICATIONS CORP.

issues and for the exchange of initial disclosures, be reset in accordance with the new December 4, 2006 Case Management Conference date.

IT IS SO STIPULATED:

DATED: 9/5/06

WILLIAMS, MORGAN & AMERSON, P.C.
GIRARDI & KEESE

By: /s/ Howard B Miller
Howard B Miller

Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED: _____

HELLER EHRMAN LLP

By:_____
Michael M. Markman

Attorneys for Defendant
PALM, INC.

DATED: _____

FISH & RICHARDSON P.C.

By:_____
Michael J. McKeon

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

DATED: _____

JONES DAY

By:_____
Tharan Gregory Lanier

Attorneys for Defendant
MOTOROLA INC.

DATED: 9/6/2006

DUANE MORRIS LLP

By: /s/
D. Joseph English
Lina M. Brenner

Attorneys for Defendant
AUDIOVOX COMMUNICATIONS CORP.

DATED: Sep. 5, 2006           BAKER & McKENZIE LLP

By: _____
Tod L. Gamlen
Dave B. Koo
Kevin M. O'Brien (admitted pro hac vice)
Jennifer Ancona Semko (admitted pro hac vice)

Attorneys for Defendant
UTSTAR PERSONAL COMMUNICATIONS, LLC.

DATED: _____     FOLEY & LARDNER L.L.P.


By:_____
Anthony H. Son (Bar No. 190478)
Attorneys for Defendant
SANYO NORTH AMERICA
AND SANYO ELECTRONICS CO. LTD.

DATED: _____     ROUSE HENDRICKS GERMAN MAY PC


By:_____
Larry Rouse
Attorneys for Defendant
SPRINT CORPORATION


## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, it is HEREBY ORDERED that:

The Case Management Conference originally scheduled for September 18, 2006 will be reset for December 4, 2006 at 10:00 a.m. All related dates are reset accordingly.


DATED: _____

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

DATED: _____        BAKER & McKENZIE LLP

                                      By:_____
                                      Tod L. Gamlen
                                      Dave B. Koo
                                      Kevin M. O'Brien (admitted pro hac vice)
                                      Jennifer Ancona Semko (admitted pro hac vice)

                                      Attorneys for Defendant
                                      UTSTAR PERSONAL COMMUNICATIONS, LLC.

DATED: 9/5/2006                       FOLEY & LARDNER L.L.P.

                                      By:_____
                                      Anthony H. Son (Bar No. 190478)
                                      Attorneys for Defendant
                                      SANYO NORTH AMERICA
                                      AND SANYO ELECTRONICS CO. LTD.

DATED: _____        ROUSE HENDRICKS GERMAN MAY PC

                                      By:_____
                                      Larry Rouse
                                      Attorneys for Defendant
                                      SPRINT CORPORATION


### ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, it is HEREBY ORDERED that:

The Case Management Conference originally scheduled for September 18, 2006 will be reset for December 4, 2006 at 10:00 a.m. All related dates are reset accordingly.

DATED: _____

                                      _____
                                      THE HON. JAMES WARE
                                      UNITED STATES DISTRICT JUDGE

DATED: _____   BAKER & McKENZIE LLP

By:_____
Tod L. Gamlen
Dave B. Koo
Kevin M. O'Brien (admitted pro hac vice)
Jennifer Ancona Semko (admitted pro hac vice)

Attorneys for Defendant
UTSTAR PERSONAL COMMUNICATIONS, LLC.

DATED: _____   FOLEY & LARDNER L.L.P.

By:_____
Anthony H. Son (Bar No. 190478)
Attorneys for Defendant
SANYO NORTH AMERICA
AND SANYO ELECTRONICS CO. LTD.

DATED: _____   ROUSE HENDRICKS GERMAN MAY PC

By:    s/ Larry Rouse
Larry Rouse
Attorneys for Defendant
SPRINT CORPORATION

### ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, it is HEREBY ORDERED that:

The Case Management Conference originally scheduled for September 18, 2006 will be reset for December 4, 2006 at 10:00 a.m. All related dates are reset accordingly.

DATED: 9/8/06

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE