COUNSEL LISTED ON LAST PAGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> (1) LG ELECTRONIC MOBILE COMMUNICATIONS COMPANY, aka LG ELECTRONICS MOBILECOMM; (2) LG ELECTRONICS INC.; (3) MOTOROLA, INC.; (4) AUDIOVOX COMMUNICATIONS CORPORATION; (5) UTSTARCOM INC.; (6) UTSTAR PERSONAL COMMUNICATIONS, aka AUDIOVOX COMMUNICATIONS CORPORATION; (7) SANYO NORTH AMERICA CORPORATION; (8) SANYO ELECTRIC CO., LTD.; (9) PALMONE, INC.; (10) WHERIFY WIRELESS, INC.; and (11) SPRINT CORPORATION, <br><br> Defendants. | Case No.  C-06-00044 JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT** <br><br> Honorable James Ware |

Pursuant to Civil Local Rule 7-11, counsel for Plaintiff Zoltar Satellite Alarm Systems, Inc. and for Defendants file this administrative request for additional time to file a joint case management statement and proposed case management order.  Under Judge Ware's September 8, 2006 Order and Rule 26(f) of the Federal Rules of Civil Procedure, the parties are required to file a joint case management statement by November 27, 2006.  The parties have met and conferred and agree that it would be in the best interests of the parties and of judicial economy to give the parties an additional two (2) days to file a joint case management statement.  The parties agree that the additional time will not affect the Case Management Conference scheduled for

1  December 4, 2006 at 10:00 a.m.

2  In addition, the parties agree to move the deadline to submit Initial Disclosures pursuant
3  to Rule 26(a)(1) of the Federal Rules of Civil Procedure to the date proposed, and ruled upon, at
4  the December 4th Case Management Conference.

5  The parties therefore stipulate, agree, and respectfully request the Court extend the
6  deadline to file a Joint Case Management Statement until November 29, 2006.

7  IT IS SO STIPULATED:

8

9  DATED:  November 28, 2006        WILLIAMS, MORGAN & AMERSON, PC
                                    GIRARDI & KEESE
10

11

12                                  By:   /s/ Danny Williams
                                          DANNY WILLIAMS
13
                                    Attorneys for Plaintiff ZOLTAR SATELLITE
14                                  ALARM SYSTEMS, INC.

15  DATED:  November 28, 2006        HELLER EHRMAN LLP
16

17

18                                  By:   /s/ Michael Markman
                                          MICHAEL M. MARKMAN
19
                                    Attorneys for PALM INC.
20  DATED:  November 28, 2006        FISH & RICHARDSON PC

21

22

23                                  By:   /s/ Michael McKeon
                                          MICHAEL J. MCKEON
24
                                    Attorneys for Defendant LG ELECTRONICS
25                                  MOBILECOMM U.S.A., INC.

26

27

2
Stipulation and [Proposed] Order Extending Time to File     Case No. C-06-00044 JW
Joint Case Management Statement

WASH_1754878.2

| | | |
|---|---|---|
| 1 | DATED:  November 28, 2006 | JONES DAY |

By:   /s/ Eric Cha
      ERIC CHA

Attorneys for Defendant MOTOROLA INC.

DATED:  November 28, 2006            DUANE MORRIS LLP

By:   /s/ D. Joseph English
      D. JOSEPH ENGLISH
      LINA M. BRENNER

Attorneys for Defendant AUDIOVOX COMMUNICATIONS CORP.

DATED:  November 28, 2006            BAKER & McKENZIE LLP

By:   /s/ Jennifer Ancona Semko
      TOD L. GAMLEN
      DAVE B. KOO
      KEVIN M. O'BRIEN (admitted pro hac vice)
      JENNIFER ANCONA SEMKO (admitted pro hac vice)

Attorneys for Defendant UTSTARCOM PERSONAL COMMUNICATIONS, LLC AND UTSTARCOM, INC.

DATED:  November 28, 2006            FOLEY & LARDNER LLP

By:   /s/ Michael J. Song
      MICHAEL J. SONG (State Bar No. 243675)

Attorneys for Defendants SANYO NORTH AMERICA CORP. and SANYO ELECTRIC CO., LTD.

1  DATED: November 28, 2006          ROUSE HENDRICKS GERMAN MAY PC

2
                                   By:   /s/ Larry Rouse
3                                       LARRY ROUSE

4
                                   Attorneys for Defendant SPRINT CORP.
5

6

7                                **ORDER**

8

9      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall have until

10 Wednesday, November 29, 2006 to file their Joint Case Management Statement.

11

12 DATED: November 29, 2006

13
                                   _____
14                                 HONORABLE JAMES WARE
                                   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

4
Stipulation and [Proposed] Order Extending Time to File      Case No. C-06-00044 JW
Joint Case Management Statement

WASH_1754878.2