Kevin M. O'Brien, PRO HAC VICE
**BAKER & McKENZIE LLP**
815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
Telephone +1 202 452 7000
Facsimile +1 202 452 7074
kevin.m.obrien@bakernet.com

Dave B. Koo, State Bar No. 204537
**BAKER & McKENZIE LLP**
101 West Broadway, 12th Floor
San Diego, California 92101
Telephone: +1 619 236 1441
Facsimile: +1 619 236 0429
dave.b.koo@bakernet.com

Attorneys for Defendants
UTSTARCOM, INC. and UTSTARCOM
PERSONAL COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAR SATELLITE SYSTEMS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILE COMMUNICATIONS COMPANY, *et al*.<br><br>Defendants. | **Case No.  C06-00044-JW(RS)**<br><br>**DEFENDANTS UTSTARCOM INC. AND UTSTARCOM PERSONAL COMMUNICATIONS, LLC's CERTIFICATION OF INTERESETED ENTITIES OR PERSONS** |

    Pursuant to LOCAL RULE 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  November 29, 2006        BAKER & MCKENZIE LLP


                                By: /s/ Dave B. Koo, Esq.
                                    Dave B. Koo

                                Attorneys for Defendant
                                UTSTARCOM INC. and UTSTARCOM PERSONAL COMMUNICATIONS

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/333596.1