IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite Alarm Systems, Inc., | NO. C 06-00044 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LG Electronics Mobile Communications Company, et al., | |
| Defendants. | |

On December 5, 2006, the Court conducted a Case Management Conference. The Court orders as follows:

1. In an effort to accommodate counsel's schedule and the upcoming holidays, discovery shall begin in accordance with the Patent Local Rules on **Monday, January 8, 2007.**

2. The Court will conduct a Further Case Management Conference on **Monday, February 26, 2007 at 10 AM**. Pursuant to the Court's Civil Local Rules, the parties shall file a joint case management statement no later than ten days before the date of the conference.

3. A hearing on Defendants' anticipated collateral estoppel motion is set for **Tuesday, May 8, 2007 at 9 AM**.

4. A claim construction hearing is set for **Friday, September 21, 2007 at 9 AM**.

The parties shall meet and confer and file a stipulation with respect to the briefing schedules for both hearings.

Dated:  December 5, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew E. Monach amonach@mofo.com
Anthony H. Son Ason@foleylaw.com
Choongsoo Park park@fr.com
Danny L. Williams danny@wmalaw.com
Dave B. Koo dave.b.koo@bakernet.com
David B. Moyer dmoyer@foley.com
Eric Cha echa@jonesday.com
Hilda C. Galvan hcgalvan@jonesday.com
Jennifer Ancona Semko jennifer.a.semko@bakernet.com
Joshua Burrill Pond pond@fr.com
Keith B. Davis kbdavs@jonesday.com
Kevin Michael O'Brien kevin.m.o'brien@bakernet.com
Lawrence A Rouse larryr@rhgm.com
Lina M. Brenner lmbrenner@duanemorris.com
Mark N. Reiter mnreiter@jonesday.com
Michael J. McKeon mckeon@fr.com
Michael Junwhan Song msong@foley.com
Michael M. Markman mmarkman@hewm.com
Nathaniel Philip Bruno nbruno@sheppardmullin.com
Shelley K. Mack mack@fr.com
Steven R. Katz katz@fr.com
Tharan Gregory Lanier tglanier@jonesday.com
Tod L. Gamlen tod.l.gamlen@bakernet.com

Dated:  December 5, 2006            Richard W. Wieking, Clerk

                                    By:  /s/ JW Chambers
                                         Elizabeth Garcia
                                         Courtroom Deputy