1  COUNSEL LISTED ON LAST PAGES

2  **UNITED STATES DISTRICT COURT**

3  **NORTHERN DISTRICT OF CALIFORNIA**

4  **SAN JOSE DIVISION**



| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | |
| Plaintiff, | |
| vs. | |
| (1) LG ELECTRONIC MOBILE COMMUNICATIONS COMPANY, aka LG ELECTRONICS MOBILECOMM; (2) LG ELECTRONICS INC.; (3) MOTOROLA, INC.; (4) AUDIOVOX COMMUNICATIONS CORPORATION; (5) UTSTARCOM INC.; (6) UTSTAR PERSONAL COMMUNICATIONS, fka AUDIOVOX COMMUNICATIONS CORPORATION; (7) SANYO NORTH AMERICA CORPORATION,; (8) SANYO ELECTRIC CO., LTD.; (9) PALMONE, INC.; and (10) SPRINT CORPORATION, | Case No.  C 06-00044 JW<br><br>**STIPULATION AND [~~PROPOSED~~] DOCKET CONTROL ORDER**<br><br>Judge:  Honorable James Ware |
| Defendants. | |

On December 5, 2006, the Court conducted a case management conference for the above-captioned case, during which time the following dates were entered by the Court:

**Further case management conference – February 26, 2007**

**Hearing on collateral estoppel – May 8, 2007**

**Claim construction hearing – September 21, 2007**

In view of these dates, Plaintiff Zoltar Satellite Alarm Systems Inc. ("Zoltar") and Defendants, LG Electronic Mobile Communications Company, Motorola, Inc., Audiovox Communications Corporation, UTStarcom Inc., UTStar Personal Communications, Sanyo North America Corporation, Sanyo Electric Co., LTD, PalmOne Inc., and Sprint Corporation, stipulate and agree, and hereby request that the

attached Docket Control Order be entered.

Dated:  December 20, 2006

Respectfully submitted,

WILLIAMS, MORGAN & AMERSON, P.C.
By:  /s/ Danny Williams
    Danny Williams (TX Bar No. 21518050)
    Chris Cravey (*pro hac vice*)
    Williams, Morgan & Amerson, P.C.
    10333 Richmond, STE. 1100
    Houston, TX 77042
    Telephone: (713) 934-7000
    Facsimile: (713) 934-7011

    Thomas V. Girardi (State Bar No. 36603)
    Howard B. Miller (State Bar No. 31392)
    Girardi & Keese
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Telephone: (213) 977-0211
    Facsimile: (213) 481-1554

    Ron Schlager (State Bar No. 128060)
    The Law Offices of Ron Schlager
    15030 Ventura Blvd., Suite 337
    Sherman Oaks, CA 91403
    Telephone: (818) 988-2462
    Facsimile: (818) 988-2101

**Counsel for Plaintiff**
**Zoltar Satellite Alarm Systems, Inc.**

**ATTORNEYS FOR DEFENDANTS:**
**LG Electronics MobileComm U.S.A., Inc.**

/s/ Michael J. McKeon
**Michael J. McKeon** (admitted *pro hac vice*)
Email: mckeon@fr.com
**Choongsoo Park** (admitted *pro hac vice*)
Email: park@fr.com
**Joshua Burrill Pond** (admitted *pro hac vice*)
Email: pond@fr.com

Fish & Richardson P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005-3500
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

|   |   |
|---|---|
|   | **Shelley K. Mack** (State Bar No. 209596)<br>Email: mack@fr.com<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| **ATTORNEYS FOR DEFENDANT:**<br>Motorola Inc. | /s/ Tharan G. Lanier<br>Tharan G. Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Eric Cha (State Bar No. 204538)<br>echa@jonesday.com<br>Jones Day<br>2882 Sand Hill Road<br>Suite 240<br>Menlo Park, CA 94025<br>Telephone:    (650) 739-3939<br>Facsimile:    (650) 739-3900 |
| **ATTORNEYS FOR DEFENDANT:**<br>**Audiovox Communications Corporation**<br>*a Delaware Corporation* | /s/ Joseph English<br>**D. Joseph English** (admitted *pro hac vice*)Email: djenglish@duanemorris.com<br>Duane Morris<br>1667 K Street, NW, Suite 700<br>Washington, DC 20006-1608<br><br>**Lina M. Brenner**<br>Email: lmbrenner@duanemorris.com<br>Duane Morris<br>One Market Plaza<br>Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 |
| **ATTORNEYS FOR DEFENDANTS:**<br>**UTSTARCOM, INC**.<br>*a Delaware corporation*<br><br>**Utstarcom Personal Communications**<br>*A Delaware corporation formerly*<br>*Known as Audiovox Communications*<br>*Corporation* | /s/ Dave B. Koo<br>Tod L. Gamlen<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, Ca 94304<br>Telephone: +1 650 856 5504<br>Facsimile: +1 650 856 9299<br><br>Dave B. Koo (State Bar No. 204537)<br>**BAKER & McKENZIE LLP**<br>101 West Broadway, 12th Floor |

|   |   |
|---|---|
| | San Diego, CA 92101 |
| | Telephone: +1 619 236 1441 |
| | Facsimile: +1 619 236 0429 |
| | |
| | Kevin M. O'Brien (admitted *pro hac vice*) |
| | Jennifer Ancona Semko (admitted *pro hac vice*) |
| | **BAKER & McKENZIE LLP** |
| | 815 Connecticut Ave., NW |
| | Washington, DC 20006 |
| | Telephone: +1 202 452 7000 |
| | Facsimile: +1 202 452 7074 |
| **ATTORNEYS FOR DEFENDANTS:** | /s/ Michael J. Song |
| Sanyo North America Corporation and Sanyo Electric Co., Ltd. | **Anthony H. Son (CA Bar No. 190478)** |
| | Email: Ason@foleylaw.com |
| | **John J. Feldhaus (admitted pro hac vice)** |
| | Email: jfeldhaus@foley.com |
| | **Lisa S. Mankofsky** |
| | Email: lmankofsky@foley.com |
| | Foley & Lardner LLP |
| | 3000 K St. NW, Suite 500 |
| | Washington, DC 20007-5143 |
| | Telephone: (202) 672-5300 |
| | Facsimile: (202) 672-5399 |
| | |
| | **David B. Moyer (CA Bar No. 197739)** |
| | Email: dmoyer@foley.com |
| | Michael J. Song (CA Bar No. 243675) |
| | Email: msong@foley.com |
| | Foley & Lardner LLP |
| | 1530 Page Mill Road |
| | Palo Alto, CA 94304-1125 |
| | Telephone: (650) 856-3700 |
| | Facsimile: (650) 856-3710 |
| **ATTORNEY(S) FOR DEFENDANT:** | /s/ Michael M. Markman |
| **Palm, Inc.** | **Michael M. Markman** |
| *a Delaware Corporation* | Email: mmarkman@hewm.com |
| | Heller, Ehrman, White & McAuliffe LLP |
| | 275 Middlefield Road |
| | Menlo Park, CA 94025 |
| | |
| **ATTORNEYS FOR DEFENDANT:** | /s/ Lawrence A. Rouse |
| Sprint Corporation | **Walter Thomas Henson** |
| *a Kansas Corporation* | Email: thenson@rameyflock.com |
| | Ramey & Flock |
| | 100 E Ferguson, Suite 500 |
| | Tyler, TX 75702-0629 |
| | |
| | **Lawrence A Rouse** |
| | Email: LarryR@RHGM.com |

4

Case No. C 06-00044 JW

STIPULATION AND PROPOSED DOCKET CONTROL ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Randall E Hendricks**
Email: randyh@RHGM.com
Rouse Hendricks German May PC
010 Walnut Street, Suite 400
Kansas City, MO 64106
**Mark McGrory**
Email: mark.w.mcgrory@mail.sprint.com
Sprint Law Department
6450 Sprint Pkwy
Overland Park, KS 66251

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>(1) LG ELECTRONIC MOBILE COMMUNICATIONS COMPANY, aka LG ELECTRONICS MOBILECOMM; (2) LG ELECTRONICS INC.; (3) MOTOROLA, INC.; (4) AUDIOVOX COMMUNICATIONS CORPORATION; (5) UTSTARCOM INC.; (6) UTSTAR PERSONAL COMMUNICATIONS, fka AUDIOVOX COMMUNICATIONS CORPORATION; (7) SANYO NORTH AMERICA CORPORATION,; (8) SANYO ELECTRIC CO., LTD.; (9) PALMONE, INC.; and (10) SPRINT CORPORATION,<br><br>Defendants. | No.  C 06-00044 JW |

**<u>PROPOSED SCHEDULING ORDER</u>**
**(Patent Cases)**

**DEADLINES**

| | |
|---|---|
| **December 22, 2006** | ADR Certifications, Civil L.R. 16-8(b) and (c). |
| **January 18, 2007** | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| **January 19, 2007** | Join Additional Parties. |
| **February 26, 2007** | Further case management conference, ordered by Court |
| **March 5, 2007** | P.R. 3-3 Preliminary Invalidity Contentions (and P.R. 3-4 document production) to be served. |
| **March 23, 2007** | Defendants file Opening Briefs Re Collateral Estoppel & *Res* |

| | |
|---|---|
| | *Judicata* Effect of Qualcomm case. |
| **April 13, 2007** | Plaintiff files Responsive Briefs Re Collateral Estoppel & *Res Judicata* Effect of Qualcomm case. |
| **April 24, 2007** | Defendants file Reply Briefs Re Collateral Estoppel & *Res Judicata* Effect of Qualcomm case. |
| **April 27, 2007** | Parties to exchange proposed terms and claim elements for construction (P.R. 4-1). |
| **May 8, 2007** | Hearing Re Collateral Estoppel & *Res Judicata* Effect of Qualcomm case. |
| **May 17, 2007** | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2). |
| **7 days following Collateral Estoppel Order** | Opening of Discovery beyond disclosures previously made under the Patent Rules; exchange disclosures required under Fed. R. Civ. P. 26(a)(1)(A), (B), and (D). |
| **June 18, 2007** | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| **July 18, 2007** | Completion date for discovery on claim construction (P.R. 4-4). |
| **August 2, 2007** | Opening claim construction brief (P.R. 4-5(a)). |
| **August 23, 2007** | Responsive claim construction brief (P.R. 4-5(b)). |
| **September 6, 2007** | Reply claim construction brief (P.R. 4-5(c)). |
| **September 21, 2007** | Claim construction hearing. |