COUNSEL LISTED ON LAST PAGES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>(1) LG ELECTRONIC MOBILE COMMUNICATIONS COMPANY, et al.,<br><br>Defendants. | Case No.  C 06-00044 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CANCELING FEBRUARY 26, 2007 CMC**<br><br>Judge:  Honorable James Ware |

During the initial December 5, 2006 case management conference ("CMC") for the above-captioned case, Zoltar Satellite Alarm Systems, Inc. requested and was granted a further CMC, which is currently pending on the Court's calendar for February 26, 2007.  It was anticipated that this February CMC would provide an opportunity for the Court to oversee the progress of this case.  Given the early stage of the case, however, it is believed that that the February 26, 2007 is not needed.

Accordingly, counsel for the parties have met and conferred and stipulate to canceling the February 26, 2007 CMC.  Under the stipulation, the remaining dates on the parties' stipulated docket control order would remain unchanged.

 IT IS SO STIPULATED:

1

Case No.  C 06-00044 JW

STIPULATION AND [~~PROPOSED~~] ORDER

1  Dated:  February 15, 2007		Respectfully submitted,

		WILLIAMS, MORGAN & AMERSON, P.C.
		By:  /s/ Danny Williams
			Danny Williams (TX Bar No. 21518050)
			Chris Cravey (*pro hac vice*)
			Williams, Morgan & Amerson, P.C.
			10333 Richmond, STE. 1100
			Houston, TX 77042
			Telephone: (713) 934-7000
			Facsimile: (713) 934-7011

			Thomas V. Girardi (State Bar No. 36603)
			Howard B. Miller (State Bar No. 31392)
			Girardi & Keese
			1126 Wilshire Boulevard
			Los Angeles, CA 90017-1904
			Telephone: (213) 977-0211
			Facsimile: (213) 481-1554

			Ron Schlager (State Bar No. 128060)
			The Law Offices of Ron Schlager
			15030 Ventura Blvd., Suite 337
			Sherman Oaks, CA 91403
			Telephone: (818) 988-2462
			Facsimile: (818) 988-2101

		**Counsel for Plaintiff**
		**Zoltar Satellite Alarm Systems, Inc.**

**ATTORNEYS FOR DEFENDANTS:**
**LG Electronics MobileComm U.S.A., Inc.**		/s/ Michael J. McKeon
		**Michael J. McKeon** (admitted *pro hac vice*)
		Email: mckeon@fr.com
		**Choongsoo Park** (admitted *pro hac vice*)
		Email: park@fr.com
		**Joshua Burrill Pond** (admitted *pro hac vice*)
		Email: pond@fr.com

		Fish & Richardson P.C.
		1425 K Street, NW, 11th Floor
		Washington, DC 20005-3500
		Telephone:  (202) 783-5070
		Facsimile:  (202) 783-2331

|   |   |   |
|---|---|---|
| 1 |  | **Shelley K. Mack** (State Bar No. 209596) |
| 2 |  | Email: mack@fr.com |
|   |  | Fish & Richardson P.C. |
| 3 |  | 500 Arguello Street, Suite 500 |
|   |  | Redwood City, CA 94063 |
| 4 |  | Telephone: (650) 839-5070 |
|   |  | Facsimile: (650) 839-5071 |

7  **ATTORNEYS FOR DEFENDANT:**  /s/ Tharan G. Lanier
8  **Motorola Inc.**  Tharan G. Lanier (State Bar No. 138784)
   tglanier@jonesday.com
9  Eric Cha (State Bar No. 204538)
   echa@jonesday.com
10 Jones Day
   2882 Sand Hill Road
11 Suite 240
12 Menlo Park, CA  94025
   Telephone:     (650) 739-3939
13 Facsimile:      (650) 739-3900

14 **ATTORNEYS FOR DEFENDANT:**  /s/ Joseph English
   **Audiovox Communications**   **D. Joseph English** (admitted *pro hac*
15 **Corporation**                *vice*)Email: djenglish@duanemorris.com
   Duane Morris
16 1667 K Street, NW, Suite 700
   Washington, DC 20006-1608
17

18 **Lina M. Brenner**
   Email: lmbrenner@duanemorris.com
19 Duane Morris
   One Market Plaza
20 Spear Tower, Suite 2000
   San Francisco, CA 94105-1104

22 **ATTORNEYS FOR DEFENDANTS:**  /s/ Dave B. Koo
   **UTStarcom, Inc. and UTStarcom Personal**  Tod L. Gamlen
23 **Communications**  **BAKER & McKENZIE LLP**
   660 Hansen Way
24 Palo Alto, Ca 94304
   Telephone: +1 650 856 5504
25 Facsimile: +1 650 856 9299

26 Dave B. Koo (State Bar No. 204537)
   **BAKER & McKENZIE LLP**
27 101 West Broadway, 12th Floor
   San Diego, CA 92101
28 Telephone: +1 619 236 1441

3

Case No.  C 06-00044 JW

STIPULATION AND [PROPOSED] ORDER

|   |   |   |
|---|---|---|
| 1 |  | Facsimile:  +1 619 236 0429 |
| 2 |  | Kevin M. O'Brien (admitted *pro hac vice*) |
| 3 |  | Jennifer Ancona Semko (admitted *pro hac vice*) |
| 4 |  | **BAKER & McKENZIE LLP** |
|   |  | 815 Connecticut Ave., NW |
| 5 |  | Washington, DC 20006 |
|   |  | Telephone: +1 202 452 7000 |
| 6 |  | Facsimile: +1 202 452 7074 |
| 7 | **ATTORNEYS FOR DEFENDANTS:** | /s/ Michael J. Song |
| 8 | **Sanyo North America Corporation and** | **Anthony H. Son (CA Bar No. 190478)** |
|   | **Sanyo Electric Co., Ltd.** | Email: Ason@foleylaw.com |
| 9 |  | **John J. Feldhaus (admitted pro hac vice)** |
|   |  | Email: jfeldhaus@foley.com |
| 10 |  | **Lisa S. Mankofsky (admitted pro hac vice)** |
| 11 |  | Email: lmankofsky@foley.com |
|   |  | Foley & Lardner LLP |
| 12 |  | 3000 K St. NW, Suite 500 |
|   |  | Washington, DC 20007-5143 |
| 13 |  | Telephone:  (202) 672-5300 |
|   |  | Facsimile:  (202) 672-5399 |
| 14 |  |  |
| 15 |  | **David B. Moyer (CA Bar No. 197739)** |
|   |  | Email: dmoyer@foley.com |
| 16 |  | **Michael J. Song (CA Bar No. 243675)** |
|   |  | Email: msong@foley.com |
| 17 |  | Foley & Lardner LLP |
|   |  | 1530 Page Mill Road |
| 18 |  | Palo Alto, CA 94304-1125 |
|   |  | Telephone:  (650) 856-3700 |
|   |  | Facsimile:  (650) 856-3710 |
| 19 | **ATTORNEY(S) FOR DEFENDANT:** | /s/ Michael M. Markman |
| 20 | **Palm, Inc.** | **Michael M. Markman** |
|   |  | Email: mmarkman@hewm.com |
| 21 |  | Heller, Ehrman, White & McAuliffe LLP |
|   |  | 275 Middlefield Road |
| 22 |  | Menlo Park, CA 94025 |
| 23 | **ATTORNEYS FOR DEFENDANT:** | /s/ Lawrence A. Rouse |
| 24 | **Sprint Corporation** | **Walter Thomas Henson** |
|   |  | Email: thenson@rameyflock.com |
| 25 |  | Ramey & Flock |
|   |  | 100 E Ferguson, Suite 500 |
| 26 |  | Tyler, TX 75702-0629 |
| 27 |  | **Lawrence A Rouse** |
|   |  | Email: LarryR@RHGM.com |
| 28 |  | **Randall E Hendricks** |
|   |  | Email: randyh@RHGM.com |

Case No.  C 06-00044 JW

STIPULATION AND [~~PROPOSED~~] ORDER

1  
2  
3  
4  
5  

Rouse Hendricks German May PC  
010 Walnut Street, Suite 400  
Kansas City, MO 64106  
**Mark McGrory**  
Email: mark.w.mcgrory@mail.sprint.com  
Sprint Law Department  
6450 Sprint Pkwy  
Overland Park, KS 66251  

6  
7   PURSURANT TO STIPULATION, IT IS SO ORDERED.  

8  DATED:   2/22/2007  

9  
10  
11  
12  
_____  
JAMES WARE  
UNITED STATES DISTRICT JUDGE  

13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Case No.  C 06-00044 JW  
5  
STIPULATION AND [PROPOSED] ORDER