1 | COUNSEL LISTED ON LAST PAGES

2 | **UNITED STATES DISTRICT COURT**

3 | **NORTHERN DISTRICT OF CALIFORNIA**

4 | **SAN JOSE DIVISION**

5 | ZOLTAR SATELLITE ALARM
SYSTEMS, INC.,

6 | Case No.  C 06-00044 JW

7 | Plaintiff,

8 | vs. | **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DEADLINE FOR COMPLIANCE WITH P.R. 3-3 AND 3-4**

9 | LG ELECTRONIC MOBILE
COMMUNICATIONS COMPANY, et
al.,

10 |

11 | Defendants. | Judge:  Honorable James Ware

12 |

13 |

14 |

15 | The Scheduling Order, dated Dec. 28, 2006 (Dkt. No. 78), sets the deadline for service of P.R. 3-3

16 | Preliminary Invalidity Contentions and P.R. 3-4 document production on March 5, 2007.  The parties

17 | have agreed to extend this deadline to April 5, 2007.  No other dates in the Scheduling Order will need to

18 | be modified to accommodate this extension.

19 | IT IS SO STIPULATED:

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1  Dated:  March 5, 2007                    Respectfully submitted,

2

3  By:                                      /s/ Danny Williams*
   **ATTORNEYS FOR PLAINTIFF**              Danny Williams (TX Bar No. 21518050)
4  **Zoltar Satellite Alarm Systems, Inc.** Chris Cravey (*pro hac vice*)
                                            **Williams, Morgan & Amerson, P.C.**
5                                           10333 Richmond, STE. 1100
                                            Houston, TX 77042
6                                           Telephone: (713) 934-7000
                                            Facsimile: (713) 934-7011
7

8                                           Thomas V. Girardi (State Bar No. 36603)
                                            Howard B. Miller (State Bar No. 31392)
9                                           **Girardi & Keese**
                                            1126 Wilshire Boulevard
10                                          Los Angeles, CA 90017-1904
                                            Telephone: (213) 977-0211
11                                          Facsimile: (213) 481-1554

12

13                                          Ron Schlager (State Bar No. 128060)
                                            **The Law Offices of Ron Schlager**
14                                          15030 Ventura Blvd., Suite 337
                                            Sherman Oaks, CA 91403
15                                          Telephone: (818) 988-2462
                                            Facsimile: (818) 988-2101
16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C 06-00044 JW
STIP. AND [~~PROPOSED~~] ORDER MODIFYING
SCHEDULING ORDER DEADLINE FOR
COMPLIANCE WITH P.R. 3-3 AND 3-4

A.

1

2 **ATTORNEYS FOR DEFENDANTS**
**LG Electronics MobileComm U.S.A., Inc.**          /s/ Michael J. McKeon*

3                                                    Michael J. McKeon (admitted *pro hac vice*)
                                                     Email: mckeon@fr.com

4                                                    Choongsoo Park (admitted *pro hac vice*)
                                                     Email: park@fr.com

5                                                    Joshua Burrill Pond (admitted *pro hac vice*)
                                                     Email: pond@fr.com

6                                                    **Fish & Richardson P.C.**
                                                     1425 K Street, NW, 11th Floor

7                                                    Washington, DC 20005-3500
                                                     Telephone:  (202) 783-5070

8                                                    Facsimile:  (202) 783-2331

9                                                    Shelley K. Mack (State Bar No. 209596)
                                                     Email: mack@fr.com

10                                                   **Fish & Richardson P.C.**
                                                     500 Arguello Street, Suite 500

11                                                   Redwood City, CA 94063
                                                     Telephone:  (650) 839-5070

12                                                   Facsimile:  (650) 839-5071

13

14 **ATTORNEYS FOR DEFENDANT**
**Motorola, Inc.**                                   /s/ Tharan G. Lanier*
                                                     Tharan G. Lanier (State Bar No. 138784)

15                                                   tglanier@jonesday.com

16                                                   Eric Cha (State Bar No. 204538)
                                                     echa@jonesday.com

17                                                   **Jones Day**
                                                     2882 Sand Hill Road

18                                                   Suite 240
                                                     Menlo Park, CA  94025

19                                                   Telephone:      (650) 739-3939
                                                     Facsimile:      (650) 739-3900

20

21 **ATTORNEYS FOR DEFENDANT**
**Audiovox Communications**                          /s/ Joseph English*
**Corporation**                                      D. Joseph English (admitted *pro hac vice*)
                                                     Email: djenglish@duanemorris.com

22                                                   **Duane Morris**
                                                     1667 K Street, NW, Suite 700

23                                                   Washington, DC 20006-1608

24                                                   Lina M. Brenner
                                                     Email: lmbrenner@duanemorris.com

25                                                   **Duane Morris**
                                                     One Market Plaza

26                                                   Spear Tower, Suite 2000
                                                     San Francisco, CA 94105-1104

27

28

3

A.

1

2   **ATTORNEYS FOR DEFENDANTS**          /s/ Wayne M. Helge*
    **UTStarcom, Inc. and UTStarcom Personal**   Hae-Chan Park
3   **Communications**                     hpark@park-law.com
                                           Wayne M. Helge
4                                          whelge@park-law.com
                                           **H.C. PARK & ASSOCIATES, PLC**
5                                          8500 Leesburg Pike, Suite 7500
                                           Vienna, VA 22182
6                                          Telephone:  703-288-5105
                                           Facsimile:  703-288-5139
7
                                           James Cai (State Bar No. 200189)
8                                          jcai@sacattorneys.com
                                           Douglas E. Mackenzie (State Bar No.
9                                          212953)
                                           **SCHEIN & CAI LLP**
10                                         100 Century Center Court, Suite 315
                                           San Jose, CA 95112
11                                         Telephone:  408-436-0789
                                           Facsimile:  408-436-0758
12

13

14  **ATTORNEYS FOR DEFENDANTS**          /s/ Anthony H. Son
    **Sanyo North America Corporation and**   Anthony H. Son(CA Bar No. 190478)
15  **Sanyo Electric Co., Ltd.**          Email: ason@foley.com
                                           John J. Feldhaus (admitted pro hac vice)
16                                         Email: jfeldhaus@foley.com
                                           Lisa S. Mankofsky (admitted pro hac vice)
17                                         Email: lmankofsky@foley.com
                                           **Foley & Lardner LLP**
18                                         3000 K St., NW, Suite 500
                                           Washington, DC 20007-5143
19                                         Telephone:  (202) 672-5300
                                           Facsimile:  (202) 672-5399
20
                                           **David B. Moyer (CA Bar No. 197739)**
21                                         Email: dmoyer@foley.com
                                           **Michael J. Song (CA Bar No. 243675)**
22                                         Email: msong@foley.com
                                           **Foley & Lardner LLP**
23                                         1530 Page Mill Road
                                           Palo Alto, CA 94304-1125
24                                         Telephone:  (650) 856-3700
                                           Facsimile:  (650) 856-3710
25

26

27

28

4

A.

**ATTORNEY(S) FOR DEFENDANT**
**Palm, Inc.**

/s/ Michael M. Markman*
Michael M. Markman
Email: mmarkman@hewm.com
**Heller, Ehrman, White & McAuliffe LLP**
275 Middlefield Road
Menlo Park, CA 94025

**ATTORNEYS FOR DEFENDANT**
**Sprint Corporation**

/s/ Lawrence A. Rouse*
Walter Thomas Henson
Email: thenson@rameyflock.com
**Ramey & Flock**
100 E Ferguson, Suite 500
Tyler, TX 75702-0629

Lawrence A Rouse
Email: LarryR@RHGM.com
Randall E Hendricks
Email: randyh@RHGM.com
**Rouse Hendricks German May PC**
010 Walnut Street, Suite 400
Kansas City, MO 64106

Mark McGrory
Email: mark.w.mcgrory@mail.sprint.com
**Sprint Law Department**
6450 Sprint Pkwy
Overland Park, KS 66251

\*  Signed by Permission

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____March 6 2007_ _____

JAMES WARE
UNITED STATES DISTRICT JUDGE

Case No.  C 06-00044 JW
STIP. AND [PROPOSED] ORDER MODIFYING
SCHEDULING ORDER DEADLINE FOR
COMPLIANCE WITH P.R. 3-3 AND 3-4