ROBERT T. HASLAM (State Bar No. 71134)
JAIDEEP VENKATESAN (State Bar No. 211386)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (State Bar No.133869)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILE COMMUNICATIONS CO., ET AL.<br><br>Defendant. | CIVIL ACTION NO. 5:06-CV-00044 JW<br><br>STIPULATION EXTENDING TIME FOR SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC TO FILE A RESPONSIVE PLEADING; [~~PROPOSED~~] ORDER |

STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING
CASE NO. 5:06-CV-00044 JW

Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS AMERICA INC. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC ("Samsung"), by and through their respective counsel, hereby stipulate and agree, that the time of Samsung Electronics America, Inc. to answer, move, or otherwise respond to the Complaint be extended to and including May 10, 2007, and the time of Samsung Telecommunications America, LLC to answer, move, or otherwise respond to the Complaint be extended to and including May 11, 2007.

The Complaint alleges patent infringement. This is the first extension of the date for filing a response to the Complaint. This extension is deemed necessary in order to allow counsel for Samsung the opportunity to investigate and prepare a response.

Zoltar and Samsung jointly request that the Court issue its Order and the foregoing Stipulation.

IT IS SO STIPULATED.

Dated: April 3, 2007

HELLER EHRMAN LLP

By: _____
Michael Plimack

Attorneys for Defendants,
Samsung Electronics America Inc., and
Samsung Telecommunications America LLC

Dated: April, 4, 2007

GIRARDI & REESE

By: _____
Howard B. Miller

Attorneys for Plaintiff,
Zoltar Satellite Alarm Systems, Inc.

1
STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING
CASE NO. 5:06-CV-00044 JW

## ORDER

The foregoing Stipulation between Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS AMERICA INC. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC ("Samsung") for an extension of time within which Samsung may file and serve its response to the Complaint for Patent Infringement having been received by the Court, and duly considered, AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the time of Samsung Electronics America, Inc. to answer, move, or otherwise respond to the Complaint be extended to and including May 10, 2007, and the time of Samsung Telecommunications America, LLC to answer, move, or otherwise respond to the Complaint be extended to and including May 11, 2007. .

DATED: _____4/9/2007_____

*[signature]*

THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE