1   Tharan Gregory Lanier (State Bar No. 138784)
    tglanier@jonesday.com
2   JONES DAY
    1755 Embarcadero Road
3   Palo Alto, CA 94303
    Telephone:     (650) 739-3939
4   Facsimile:     (650) 739-3900

5   Attorneys for Defendants
    NOKIA CORP., and
6   NOKIA INC.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11

12   ZOLTAR SATELLITE ALARM SYSTEMS,      Case No. C 06-00044 JW
     INC.,
                                          **STIPULATION EXTENDING TIME**
13                                        **FOR NOKIA INC. TO FILE A**
                      Plaintiffs,         **RESPONSIVE PLEADING;**
14                                        [~~PROPOSED~~] ORDER
           v.
15
     LG ELECTRONICS MOBILE
16   COMMUNICATIONS CO., ET AL,

17                    Defendants.

18

19         Plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar"), and Defendant Nokia Inc., by and

20   through their respective counsel, hereby stipulate and agree, that the time for Nokia Inc. to answer,

21   or otherwise respond, to the First Amended Complaint be extended to and including June 11,

22   2007.

23         Zoltar filed its First Amended Complaint for Patent Infringement on January 19, 2007

24   against Nokia Inc. and Nokia Corp.  Nokia Inc. was served with process on March 23, 2007.

25   Nokia Corp. has agreed to waive service pursuant to Fed. R. Civ. P. 4(d), and has 60 days to

26   respond to the Complaint (*i.e.*, until June 11, 2007).  In return for Nokia Corp.'s waiver of service,

27   Zoltar has agreed to extend Nokia Inc. an extension until June 11, 2007 to answer, or otherwise

28   respond.

1    This is the first extension of the date for filing a response to the Complaint.  This

2  extension is necessary to allow counsel for Nokia Inc. the opportunity to investigate and prepare a

3  response.

4    Zoltar and Nokia Inc. jointly request that the Court issue its Order pursuant to this

5  Stipulation.

6    IT IS SO STIPULATED.

7

8  Dated:  April 12, 2007

9                                                JONES DAY

10

11                                               By:     /s/ Tharan Gregory Lanier
                                                         Tharan Gregory Lanier

12                                               Attorneys for Defendants
                                                 Nokia Corp., and
13                                               Nokia Inc.

14

15  Dated:  April 12, 2007                       GIRARDI & KEESE

16

17                                               By:     /s/  Howard B. Miller
                                                         Howard B. Miller

18                                               Attorneys for Plaintiff,
                                                 Zoltar Satellite Alarm Systems, Inc.

19

20

21

22

23

24

25

26

27

28

1

2                       UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4                            SAN JOSE DIVISION

5

6

7   ZOLTAR SATELLITE ALARM SYSTEMS,          Case No. C 06-00044 JW
    INC.,
                                             [~~PROPOSED~~] ORDER
8                        Plaintiffs,

9         v.

10  LG ELECTRONICS MOBILE
    COMMUNICATIONS CO., ET AL,
11
                         Defendants.
12

13

14        The foregoing Stipulation between Plaintiff Zoltar Satellite Alarm Systems, Inc.

15  ("Zoltar"), and Defendant Nokia Inc. for an extension of time within which Nokia Inc. may file

16  and serve its response to the First Amended Complaint for Patent Infringement has been received

17  by the Court, and duly considered:

18

19            IT IS HEREBY ORDERED that the time for Nokia Inc. to answer,

20            or otherwise respond, to the First Amended Complaint be extended

21            to and including June 11, 2007.

22

23

24        Dated: ___ April 13 2007 _____

25

26                                            _____
                                              The Hon. James Ware
27                                            United States District Judge

28