ROBERT T. HASLAM (State Bar No. 71134)
JAIDEEP VENKATESAN (State Bar No. 211386)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638


MICHAEL K. PLIMACK (State Bar No.133869)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268


Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG TELECOMMUNICATIONS AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILE COMMUNICATIONS CO., ET AL,<br><br>Defendant. | **CIVIL ACTION NO. 5:06-CV-00044 JW**<br><br>STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME FOR SAMSUNG ELECTRONICS CO., LTD TO FILE A RESPONSIVE PLEADING AND (2) MODIFYING SCHEDULING ORDER DEADLINES RELATED TO SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC'S COLLATERAL ESTOPPEL/RES JUDICATA MOTION |

Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS CO., LTD. ("SEC") and SAMSUNG TELECOMMUNICATIONS AMERICA LLC ("STA") (collectively "Samsung"), by and through their respective counsel, hereby stipulate and agree as follows:

**(1) RESPONSIVE PLEADING OF SAMSUNG ELECTRONICS CO., LTD.:** The time of SEC to answer, move, or otherwise respond to the Complaint be extended to and including July 23, 2007. SEC was served on April 23, 2007, by the parties' agreement through their respective counsel. This is the first extension of the date for filing a response to the Complaint, which alleges patent infringement. This extension is deemed necessary in order to allow counsel for SEC the opportunity to investigate and prepare a response.

**(2) SCHEDULING ORDER DEADLINES RELATED TO COLLATERAL ESTOPPEL/RES JUDICATA MOTIONS:** The March 9, 2007 Stipulation and Order Modifying Scheduling Order Deadlines Related to the Collateral Estoppel/Res Judicata Motions (Dkt. No. 103) (hereinafter the "March 9, 2007 Scheduling Order") be modified such that Samsung shall have until April 26, 2007 to file its Opening Brief, an extension of four days. STA was served on March 22, 2007 and SEC April 23, 2007, after the execution of the March 9, 2007 Scheduling Order and well after Zoltar served the defendants who had stipulated to the March 9, 2007 Scheduling Order. This extension is deemed necessary to provide Samsung additional time to prepare its briefing.

Zoltar and Samsung jointly request that the Court issue its Order and the foregoing Stipulation.

2

STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING AND MODIFYING COLLATERAL ESTOPPEL/RES JUDICATA MOTION SCHEDULING ORDER
CASE NO. 5:06-CV-00044 JW

IT IS SO STIPULATED.

Dated: April 23, 2007                    HELLER EHRMAN LLP


                                         By: /S/ Michael Plimack
                                             Michael Plimack

                                         Attorneys for Defendants
                                         Samsung Electronics, Co. Ltd. and Samsung
                                         Telecommunications America LLC

Dated: April 23, 2007                    GIRARDI & REESE


                                         By:  Howard B. Miller
                                              Howard B. Miller

                                         Attorneys for Plaintiff


### ORDER

The foregoing Stipulation between Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC ("Samsung") for an extension of time within which Samsung Electronics Co., Ltd. may file and serve its response to the Complaint for Patent Infringement and modifying the March 9, 2007 Stipulation and Order Modifying Scheduling Order Deadlines Related to the Collateral Estoppel/Res Judicata Motions (Dkt. No. 103) as to Samsung having been received by the Court, and duly considered, AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED:

(1) That the time of Samsung Electronics Co., Ltd. to answer, move, or otherwise respond to the Complaint be extended to and including July 23, 2007.

(2) That Samsung shall have until April 26, 2007 to file its Opening Brief on its Collateral Estoppel/Res Judicata Motion. No other deadlines in the Court's March 9,

STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING AND MODIFYING COLLATERAL ESTOPPEL/RES JUDICATA MOTION SCHEDULING ORDER
CASE NO. 5:06-CV-00044 JW

2007 Stipulation and Order Modifying Scheduling Order Deadlines Related to the Collateral Estoppel/Res Judicata Motions shall be modified by this Order.

DATED:  April 24 2007

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE