ROBERT T. HASLAM (State Bar No. 71134)
JAIDEEP VENKATESAN (State Bar No. 211386)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (State Bar No. 133869)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILE COMMUNICATIONS CO., ET AL,<br><br>Defendant. | CIVIL ACTION NO. 5:06-CV-00044 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE (1) DISMISSAL OF SAMSUNG ELECTRONICS AMERICA, INC. AND (2) MODIFICATION OF SCHEDULE OF RESPONSIVE PLEADINGS OF SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA LP |

STIPULATION RE DISMISSAL OF SEA AND RESPONSIVE PLEADINGS OF STA AND SEC
CASE NO. 5:06-CV-00044 JW

Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS CO., LTD. ("SEC"), SAMSUNG ELECTRONICS AMERICA, INC. ("SEA") and SAMSUNG TELECOMMUNICATIONS AMERICA LP ("STA") (collectively "Samsung"), by and through their respective counsel, hereby stipulate and agree as follows:

**(1)   Dismissal of Samsung Electronics America, Inc.**

Based upon SEA's representation that it has no involvement in the manufacture, sales, or service of cellular phones or cellular phone systems, Zoltar agrees to dismiss without prejudice all claims in this action against SEA.  SEA agrees that Zoltar may add SEA as a defendant in the above-entitled action in the event that Zoltar discovers facts indicating that SEA does have involvement in the manufacture, sales, or service of cellular phones or cellular phone systems, without prejudice to SEA's right to bring an appropriate motion to adjudicate that SEA has no liability for the claims alleged in this action.

**(2)   Modification of the Schedule for Responsive Pleadings by Samsung Electronics Co., Ltd. and Samsung Telecommunications America LP**

The parties acknowledge the following facts:

(a) STA was served with Zoltar's First Amended Complaint on March 22, 2007.

(b) STA and Zoltar stipulated and agreed that STA would be given an additional 30 days to file a responsive pleading, to May 11, 2007, which stipulation and proposed order was executed by the Court on April 9, 2007 (Dkt. No. 116).

(c) SEC and Zoltar stipulated and agreed that Zoltar's First Amended Complaint would be deemed served on April 23, 2007 and that SEC would have 90 days from the date of service of the First Amended Complaint to file a responsive pleading, to July 23, 2007, which stipulation and proposed order was executed by the Court on April 24, 2007 (Dkt. No. 152).

To achieve a more efficient schedule for the parties and the Court, the parties have

agreed to modify the aforementioned schedule of responsive pleadings, such that the responsive pleadings of both SEC and STA will be filed on the same date.  Specifically, the parties have agreed that SEC and STA shall file their responsive pleadings by 60 days after the date of service of the First Amended Complaint on SEC, June 23, 2007.

Zoltar and Samsung jointly request that the Court issue its Order based on the foregoing Stipulation.

IT IS SO STIPULATED.

DATED:  May 7, 2007                    HELLER EHRMAN LLP

By /s/ Michael K. Plimack
    MICHAEL K. PLIMACK
    Attorneys for Defendants
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA LLC

DATED:  May y7, 2007                   GIRARDI & REESE

By  /s/ Howard B. Miller
    HOWARD B. MILLER
    Attorneys for Plaintiff
    ZOLTAR SATELLITE ALARM SYSTEMS,
    INC.

**ORDER**

The foregoing Stipulation between Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC. ("Zoltar"), and Defendants SAMSUNG ELECTRONICS CO., LTD. ("SEC"), SAMSUNG ELECTRONICS AMERICA, INC. ("SEA") and SAMSUNG TELECOMMUNICATIONS AMERICA LLC ("STA")  (collectively "Samsung") for an order dismissing SEA based upon SEA's representation that it has no involvement in the

1  manufacture, sales, or service of cellular phones or cellular phone systems having been
2  received by the Court, and duly considered, AND GOOD CAUSE APPEARING
3  THEREFOR,
4      IT IS HEREBY ORDERED:
5  (1) All claims in this action against SEA are hereby dismissed without prejudice.
6  Zoltar may add SEA as a defendant in the above-entitled action in the event that
7  Zoltar discovers facts indicating that SEA does have involvement in the
8  manufacture, sales, or service of cellular phones or cellular phone systems,
9  without prejudice to SEA's right to bring an appropriate motion to adjudicate that
10  SEA has no liability for the claims alleged in this action.
11  (2) SEC and STA shall file their responsive pleadings by June 23, 2007.

DATED:  May 10 2007

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE