COUNSEL LISTED ON LAST PAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No. C 06-00044 JW |
| Plaintiff, | STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER DEADLINE RELATED TO THE COLLATERAL ESTOPPEL/RES JUDICATA MOTIONS |
| vs. | |
| (1) LG ELECTRONICS MOBILE COMMUNICATIONS COMPANY, etc., et al., | Judge: Honorable James Ware |
| Defendants. | |

Under the existing Scheduling Order, dated December 28, 2006. as modified by Court order of March 9, 2007, which extended by one month the moving parties deadline to submit Motions for Summary Judgment re collateral estoppel, Plaintiff, the responding party, had three weeks, to a deadline of May 14, 2007, to submit Responsive Briefs.

///

///

///

///

///

The parties have stipulated to extend that May 14, 2007 deadline by three days, to May 17, 2007

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 9. 2007 | Respectfully submitted, |
| By: | /s/Danny L. Williams_____ |
| ATTORNEYS FOR PLAINTIFF | Danny L. Williams (TX Bar No. 21518050) |
| Zoltar Satellite Alarm Systems, Inc. | Chris Cravey (pro hac vice) |
| | **Williams, Morgan & Amerson, P.C.** |
| | 10333 Richmond, Ste. 1100 |
| | Houston, TX  77042 |
| | Telephone:  (713) 934-7000 |
| | Facsimile:  (713) 934-7011 |
| | |
| | Thomas V. Girardi (State Bar No. 36603) |
| | Howard B. Miller (State Bar No. 31392) |
| | **Girardi & Keese** |
| | 1126 Wilshire Boulevard |
| | Los Angeles, CA  90017-1904 |
| | Telephone:  (213) 977-0211 |
| | Facsimile:  (213) 481-1554 |
| | |
| | Ron Schlager (Sate Bar No. 128060) |
| | **The Law Offices of Ron Schlager** |
| | 15030 Ventura Blvd., Suite 337 |
| | Sherman Oaks, CA  91403 |
| | Telephone:  (818) 988-2462 |
| | Facsimile:  (818) 988-2101 |
| | |
| ATTORNEYS FOR DEFENDANTS | /s/ Michael J. McKeon |
| LG Electronics Mobile Comm U.S.A., Inc. | Michael J. McKeon |
| | Email:  mckeon@fr.com |
| | Choongsoo Park (admitted pro hac vice) |
| | Email:  park@fr.com |
| | Joshua Burrill Pond (admitted pro hac vice) |
| | Email:  pond@fr.com |

|   |   |
|---|---|
| | **Fish & Richardson P.C.** |
| | 1425 K Street N.W., 11th Floor |
| | Washington, DC 20005-3500 |
| | Telephone: (202) 783-5070 |
| | Facsimile: (202) 783-2331 |
| | |
| | Shelley K. Mack (State Bar No. 209596) |
| | Email: mack@fr.com |
| | **Fish & Richardson P.C.** |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | Telephone: (650) 839-5010 |
| | Facsimile: (650) 839-5071 |
| | |
| ATTORNEYS FOR DEFENDANT | /s/Tharan G. Lanier |
| Motorola, Inc. | Tharan G. Lanier (State Bar No. 138784) |
| | E-Mail: tglanie@jonesday.com |
| | Eric Cha (State Bar No. 204538 |
| | Echa@jonesday.com |
| | **Jones Day** |
| | 2882 Sand Hill Road |
| | Suite 240 |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 739-3939 |
| | **Facsimile:** (650) 739-3900 |
| | |
| ATTORNEY FOR DEFENDANT | /s/ D. Joseph English |
| Audiovox Communications | D. Joseph English |
| Corporation | E-Mail: djenglish@duanemorris.com |
| | **Duane Morris** |
| | 1667 K Street, N.W. Suite 700 |
| | Washington, DC 20006-1608 |
| | |
| | Lina M. Brenner |
| | E-Mail: lmbrenner@duanemorris.com |
| | **Duane & Morris** |
| | One Market Plaza |

| | | |
|---|---|---|
| 1 | | Spear Tower, Suite 2000 |
| 2 | | San Francisco, CA 94105-1104 |
| | | Telephone: (415) 957-3000 |
| 3 | | Facsimile: (415) 957-3001 |
| 4 | ATTORNEYS FOR DEFENDANTS | /s/ Hae-Chan Park |
| 5 | UTStarcom, Inc. and UTStarcom Personal Communications | Hae-Chan Park |
| | | E-Mail:  hpark@park-law.com |
| 6 | | Wayne M. Helge |
| 7 | | E-Mail:  whelge@park-law.com |
| | | **H.C. Park & Associates, PLC** |
| 8 | | 8500 Leesburg Pike |
| 9 | | Suite 7500 |
| | | Vienna, VA 22182 |
| 10 | | Telephone: (703) 288-5105 |
| 11 | | Facsimile: (703) 288-5139 |
| 12 | | James Cai (State Bar No. 200189) |
| 13 | | E-Mail:  jcai@sacattorneys.com |
| | | Douglas Evan Mackenzie (State Bar No. 212953) |
| 14 | | **SCHEIN & CAI LLP** |
| 15 | | 100 ury Center Court, Suite 315 |
| | | San Jose, CA 95112 |
| 16 | | (408) 436-0789 |
| 17 | | Telephone: (408) 436-0789 |
| | | Facsimile:  (408) 436-0758 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | ATTORNEYS FOR DEFENDANTS | /s/Anthony H. Son |
| 22 | Sanyo North America Corporation and Sanyo Electric Co., Ltd. | Anthony H. Son (CA Bar No. 190478) |
| | | Email:  ason@foley.com |
| 23 | | John J. Feldhaus (admitted pro hac vice) |
| 24 | | Email:  jfeldhaus@foley.com |
| | | Lisa S. Mankofsky (admitted pro hac vice) |
| 25 | | Email:  lmankofsky@foley.com |
| 26 | | **Foley & Lardner LLP** |
| | | 3000 K Street, N.W. Suite 500 |
| 27 | | Washington, DC 20007-5109 |
| 28 | | Telephone:  (202) 672-5300 |
| | | Facsimile:  (202) 672-5399 |

|   |   |   |
|---|---|---|
| 1 |   | David B. Moyer |
| 2 |   | Email: dmoyer@foley.com |
|   |   | **Foley & Lardner LLP** |
| 3 |   | 1530 Page Mill Road |
| 4 |   | Palo Alto, CA 94304-1125 |
|   |   | Telephone:  (650) 251-1114 |
| 5 |   | Facsimile:  (650) 856-3710 |
| 6 |   |   |
| 7 |   |   |
| 8 | ATTORNEY(S) FOR DEFENDANT | /s/Michael M. Markman |
|   | Palm, Inc. | Michael M. Markman |
| 9 |   | E-Mail: mmarkman@hewm.com |
| 10 |   | **Heller, Ehrman, White & McAuliffe LLP** |
|   |   | 275 Middlefield Road |
| 11 |   | Menlo Park, CA 94025 |
| 12 |   | Telephone: (650) 324-7089 |
| 13 |   |   |
| 14 | ATTORNEYS FOR DEFENDANT | /s/Walter Thomas Henson |
|   | Sprint Corporation | Walter Thomas Henson |
| 15 |   | Email:  thenson@rameyflock.com |
| 16 |   | **Ramey & Flock** |
|   |   | 100 E Ferguson, Suite 500 |
| 17 |   | Tyler, TX  75702-0629 |
| 18 |   |   |
|   |   | Lawrence A Rouse |
| 19 |   | Email:  LarryR@RHGM.com |
| 20 |   | Randall E Hendricks |
|   |   | Email:  randyh@RHGM.com |
| 21 |   | **Rouse Hendricks German May PC** |
| 22 |   | 010 Walnut Street, Suite 400 |
|   |   | Kansas City, MO  64106 |
| 23 |   |   |
| 24 |   | Mark McGrory |
|   |   | E-Mail:  mark.w.mcgrory@mail.sprint.com |
| 25 |   | **Sprint Law Department** |
|   |   | 6450 Spring Pkwy |
| 26 |   | Overland Park, KS  66251 |
| 27 |   |   |
| 28 |   |   |

| | |
|---|---|
| ATTORNEYS FOR DEFENDANTS<br>Samsung Electronics Co., LTD  and<br>Samsung Telecommunications America LP | /s/Robert T. Haslam<br>Robert T. Haslam<br>Email**: robert.haslam@hewm.com**<br>**Heller, Ehrman, White & McAuliffe LLP**<br>275 Middlefield Road<br>Menlo Park, CA 94025 |

- Signed by Permission

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time for Plaintiff to file its Responsive Briefs to the Motions for Summary Judgment re collateral estopppel is extended to May 17, 2007.

DATED:  ___May 11 2007_____

_____

UNITED STATES DISTRICT JUDGE

F:\CLIENTS\25347\PLD\StipModifyingOrder