COUNSEL LISTED ON LAST PAGES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LG ELECTRONIC MOBILE COMMUNICATIONS COMPANY, et al., <br><br> Defendants. | Case No. C 06-00044 JW <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DEADLINE RELATED TO THE COLLATERAL ESTOPPEL/RES JUDICATA MOTIONS** <br><br> Judge: Honorable James Ware |

Under the Scheduling Order dated Dec. 28, 2006 (Dkt. No. 78), as modified by the Court's Orders of March 9, 2007 and May 11, 2007, Defendants are due to file reply briefs in support of their motions for summary judgment of collateral estoppel by May 25, 2007. Pursuant to the parties' stipulation and the Court's May 11, 2007 Order, Plaintiff was permitted an additional three court days in which to file its opposition to Defendants' motions for summary judgment, and Plaintiff filed its opposition brief on May 17, 2007.

The parties have agreed to extend the deadline by which defendants must file any reply briefs in support of their motions for collateral estoppel by one court day, from May 25, 2007 to May 29, 2007. No other dates in the Scheduling Order will require modification to accommodate this extension.

IT IS SO STIPULATED.

1

Case No. C 06-00044 JW
STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
DEADLINES RELATED TO THE COLLATERAL ESTOPPEL/RES JUDICATA MOTIONS

| | |
|---|---|
| 1    Dated: May 24, 2007 | Respectfully submitted, |

By:                                             /s/ Danny Williams*  
**ATTORNEYS FOR PLAINTIFF**          Danny Williams (TX Bar No. 21518050)  
**Zoltar Satellite Alarm Systems, Inc.**   Chris Cravey (*pro hac vice*)  
                                                **Williams, Morgan & Amerson, P.C.**  
                                                10333 Richmond, STE. 1100  
                                                Houston, TX 77042  
                                                Telephone: (713) 934-7000  
                                                Facsimile: (713) 934-7011

Thomas V. Girardi (State Bar No. 36603)  
Howard B. Miller (State Bar No. 31392)  
**Girardi & Keese**  
1126 Wilshire Boulevard  
Los Angeles, CA 90017-1904  
Telephone: (213) 977-0211  
Facsimile: (213) 481-1554

Ron Schlager (State Bar No. 128060)  
**The Law Offices of Ron Schlager**  
15030 Ventura Blvd., Suite 337  
Sherman Oaks, CA 91403  
Telephone: (818) 988-2462  
Facsimile: (818) 988-2101

| | | |
|---|---|---|
| 2 | **ATTORNEYS FOR DEFENDANTS** | |
| 3 | **LG Electronics MobileComm U.S.A., Inc.** | /s/ Michael J. McKeon |
| | | Michael J. McKeon (admitted *pro hac vice*) |
| | | Email: mckeon@fr.com |
| | | Choongsoo Park (admitted *pro hac vice*) |
| | | Email: park@fr.com |
| | | Joshua Burrill Pond (admitted *pro hac vice*) |
| | | Email: pond@fr.com |
| | | **Fish & Richardson P.C.** |
| | | 1425 K Street, NW, 11th Floor |
| | | Washington, DC 20005-3500 |
| | | Telephone:  (202) 783-5070 |
| | | Facsimile:  (202) 783-2331 |
| | | |
| | | Shelley K. Mack (State Bar No. 209596) |
| | | Email: mack@fr.com |
| | | **Fish & Richardson P.C.** |
| | | 500 Arguello Street, Suite 500 |
| | | Redwood City, CA 94063 |
| | | Telephone:  (650) 839-5070 |
| | | Facsimile:  (650) 839-5071 |

**ATTORNEYS FOR DEFENDANT**          /s/ Tharan G. Lanier*
**Motorola, Inc.**                   Tharan G. Lanier (State Bar No. 138784)
                                     tglanier@jonesday.com
                                     Eric Cha (State Bar No. 204538)
                                     echa@jonesday.com
                                     **Jones Day**
                                     2882 Sand Hill Road
                                     Suite 240
                                     Menlo Park, CA  94025
                                     Telephone:     (650) 739-3939
                                     Facsimile:     (650) 739-3900

**ATTORNEYS FOR DEFENDANT**          /s/ Joseph English*
**Audiovox Communications**          D. Joseph English (admitted *pro hac vice*)
**Corporation**                      Email: djenglish@duanemorris.com
                                     **Duane Morris**
                                     1667 K Street, NW, Suite 700
                                     Washington, DC 20006-1608

                                     Lina M. Brenner
                                     Email: lmbrenner@duanemorris.com
                                     **Duane Morris**
                                     One Market Plaza
                                     Spear Tower, Suite 2000
                                     San Francisco, CA 94105-1104

| | | |
|---|---|---|
| 1 | | |
| 2 | **ATTORNEYS FOR DEFENDANTS** **UTStarcom, Inc. and UTStarcom Personal Communications** | /s/ Wayne M. Helge* Hae-Chan Park hpark@park-law.com Wayne M. Helge whelge@park-law.com **H.C. PARK & ASSOCIATES, PLC** 8500 Leesburg Pike, Suite 7500 Vienna, VA 22182 Telephone:  703-288-5105 Facsimile:  703-288-5139 |

ATTORNEYS FOR DEFENDANTS
UTStarcom, Inc. and UTStarcom Personal Communications

/s/ Wayne M. Helge*
Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@park-law.com
**H.C. PARK & ASSOCIATES, PLC**
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone:  703-288-5105
Facsimile:  703-288-5139

James Cai (State Bar No. 200189)
jcai@sacattorneys.com
Douglas E. Mackenzie (State Bar No. 212953)
**SCHEIN & CAI LLP**
100 Century Center Court, Suite 315
San Jose, CA 95112
Telephone:  408-436-0789
Facsimile:  408-436-0758


/s/ Michael J. Song*
Anthony H. Son (CA Bar No. 190478)
Email: ason@foley.com
John J. Feldhaus (admitted pro hac vice)
Email: jfeldhaus@foley.com
Lisa S. Mankofsky (admitted pro hac vice)
Email: lmankofsky@foley.com
**Foley & Lardner LLP**
3000 K St., NW, Suite 500
Washington, DC 20007-5143
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399

**David B. Moyer (CA Bar No. 197739)**
Email: dmoyer@foley.com
**Michael J. Song (CA Bar No. 243675)**
Email: msong@foley.com
**Foley & Lardner LLP**
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

| | | |
|---|---|---|
| 1 | | |
| 2 | **ATTORNEY(S) FOR DEFENDANT**<br>**Palm, Inc.** | /s/ Michael M. Markman*<br>Michael M. Markman<br>Email: mmarkman@hewm.com |
| 3 | | **Heller, Ehrman, White & McAuliffe LLP**<br>275 Middlefield Road |
| 4 | | Menlo Park, CA 94025 |

ATTORNEY(S) FOR DEFENDANT       /s/ Michael M. Markman*
Palm, Inc.                      Michael M. Markman
                                Email: mmarkman@hewm.com
                                **Heller, Ehrman, White & McAuliffe LLP**
                                275 Middlefield Road
                                Menlo Park, CA 94025

ATTORNEYS FOR DEFENDANT         /s/ Lawrence A. Rouse*
Sprint Corporation              Walter Thomas Henson
                                Email: thenson@rameyflock.com
                                **Ramey & Flock**
                                100 E Ferguson, Suite 500
                                Tyler, TX 75702-0629

                                Lawrence A Rouse
                                Email: LarryR@RHGM.com
                                Randall E Hendricks
                                Email: randyh@RHGM.com
                                **Rouse Hendricks German May PC**
                                010 Walnut Street, Suite 400
                                Kansas City, MO 64106

                                Mark McGrory
                                Email: mark.w.mcgrory@mail.sprint.com
                                **Sprint Law Department**
                                6450 Sprint Pkwy
                                Overland Park, KS 66251

* Signed by Permission

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   May 24 2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE