1  ATTORNEYS LISTED ON LAST PAGE

2

3

4  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No. C 06-00044 JW |
|---|---|
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] *as revised* ORDER RE: MODIFICATION OF SCHEDULE |
| v. | |
| LG ELECTRONICS MOBILE COMMUNICATIONS CO., ET AL, | |
| Defendants. | |

As discussed at the June 11, 2007 Case Management Conference, in view of the late addition of the Samsung entities to the case, Plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar"), and Defendants Motorola, Inc., Sprint Corporation, Samsung Electronics Co., Ltd., and Samsung Telecommunictions America LP (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree to modify the current schedule, and request that the Court adopt the following schedule:

| DATE | EVENT |
|---|---|
| June 21, 2007 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions and P.R. 3-2 document production to be served |
| July 2, 2007 | P.R. 3-3 Preliminary Invalidity Contentions and P.R. 3-4 document production to be served |
| July 16, 2007 | Parties to exchange proposed terms and claim elements for construction (P.R. 4-1) |
| July 21, 2007 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2) |

SVI-47779v3

STIPULATION RE: MODIFICATION OF SCHEDULE
CASE NO. C06-00044 JW

| DATE | EVENT |
| --- | --- |
| July 23, 2007 | Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3) |
| July 27, 2007 | Completion date for discovery on claim construction (P.R. 4-4) |
| August 2, 2007 | Opening claim construction brief (P.R. 4-5(a)) |
| August 23, 2007 | Responsive claim construction brief (P.R. 4-5(b)) |
| September 6, 2007 | Reply claim construction brief (P.R. 4-5(c)) |
| September 21, 2007 | Claim Construction Hearing |

Zoltar and Defendants jointly request that the Court issue its Order based on the foregoing stipulation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 15, 2007 | JONES DAY |
| 2 | | By: /s/ Tharan Gregory Lanier |
| | | Tharan Gregory Lanier |
| 3 | | |
| 4 | | Attorneys for Defendant Motorola, Inc. |
| 5 | Dated: June 15, 2007 | ROUSE HENDRICKS GERMAN MAY PC |
| 6 | | By: /s/ Lawrence A. Rouse* |
| | | Lawrence A. Rouse |
| 7 | | |
| 8 | | Attorneys for Defendant Sprint Corporation |
| 9 | Dated: June 15, 2007 | HELLER ERHMAN LLP |
| 10 | | By: /s/ Robert T. Haslam* |
| | | Robert T. Haslam |
| 11 | | |
| 12 | | Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Telecommunications America LP |
| 13 | | |
| 14 | Dated: June 15, 2007 | GIRARDI & KEESE |
| 15 | | By: /s/ Howard B. Miller* |
| | | Howard B. Miller |
| 16 | | Attorneys for Plaintiff Zoltar Satellite Alarm Systems, Inc. |
| 17 | * Signed by permission | |

1

**ORDER**

2   The foregoing stipulation between Plaintiff Zoltar Satellite Alarm Systems, Inc.

3   ("Zoltar"), and Defendants Motorola, Inc., Sprint Corporation, Samsung Electronics Co., Ltd.,

4   and Samsung Telecommunications America LP (collectively, "Defendants") for an order

5   modifying the schedule of disclosures under the Patent Local Rules, duly considered, AND

6   GOOD CAUSE APPEARING THEREFOR,

7

8   IT IS HEREBY ORDERED:

9   Parties shall adhere to the modified schedule for disclosures, as disclosed above.

10

11   DATED: __June 19 2007__       _/s/ James Ware_

12                                  THE HON. JUDGE WARE
                                    UNITED STATES DISTRICT JUDGE