1  Michael J. McKeon (admitted *pro hac vice*)
   mckeon@fr.com
2  Joshua B. Pond (admitted *pro hac vice*)
   pond@fr.com
3  FISH & RICHARDSON P.C.
   1425 K Street, NW, Suite 1100
4  Washington, DC  20005-3500
   Telephone:  (202) 783-5070
5  Facsimile:  (202) 783-2331

6  Shelley K. Mack (SBN 209596)
   mack@fr.com
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, CA  94063
   Telephone:  (650) 839-5070
9  Facsimile:  (650) 839-5071

10 Attorneys for Defendant
   LG ELECTRONICS, INC. AND LGE MOBILECOMM U.S.A., INC.
11
   Thomas V. Girardi (State Bar No. 36603)
12 tgirardi@girardikeese.com
   Howard B. Miller (State Bar No. 31392)
13 hmiller@girardikeese.com
   Girardi & Keese
14 1126 Wilshire Boulevard
15 Los Angeles, CA 90017-1904
   Telephone:  (213) 977-0211
16 Facsimile:  (213) 481-1554

17 Attorneys for Plaintiff
   ZOLTAR SATELLITE ALARM SYSTEMS, INC.
18

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

19                        UNITED STATES DISTRICT COURT

20                       NORTHERN DISTRICT OF CALIFORNIA

21                                SAN JOSE DIVISION

22 | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation, | Civil Action No. 5:06-CV-00044-JW |
| Plaintiff, | **STIPULATION OF DISMISSAL ;** |
| v. | **DISMISSAL AND ORDER RE: FUTURE FILINGS IN THE CASE** |
| LG ELECTRONICS MOBILE COMMUNICATIONS COMPANY, et al., | |
| Defendants. | |

28

1

2      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite

3 Alarm Systems, Inc. ("Zoltar") and defendants LG Electronics MobileComm U.S.A., Inc. and LG

4 Electronics, Inc. ("LGE"), hereby stipulate to the dismissal, with prejudice, of the above-captioned

5 civil action including all claims and counterclaims as pled in the Complaint; provided, however,

6 that this dismissal shall not preclude LGE from asserting, and LGE expressly reserves the right to

7 assert, any ground of non-liability including but not limited to the assertion of invalidity or

8 unenforceability as an affirmative defense or counterclaim to any future claim of infringement by

9 Zoltar against LGE of U.S. Patent Nos. 5,650,770; 5,963,130; 6,198,390; 6,518,889.

10      This dismissal is based on representations and warranties made by the parties in a

11 Settlement Agreement dated June 1, 2007 including LGE's representation that the accused LGE

12 products identified in Zoltar's preliminary infringement contentions each contains a Qualcomm

13 chip, and each party reserves all rights under the agreement.

14      Each party will bear its own costs and attorneys fees.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated:  July 16, 2007 | Dated:  July 16, 2007 |
| 2 | **LGE ELECTRONICS, INC. AND LGE MOBILECOMM USA, INC.** | **ZOLTAR SATELLITE ALARM SYSTEMS, INC.** |

By its attorneys,

/s/ Michael McKeon
_____
Michael J. McKeon (admitted *pro hac vice*)
Joshua B. Pond (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC  20005-3500
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Shelley K. Mack (SBN 209596)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

By its attorneys,

/s/ Danny Williams

Danny Williams (TX Bar No. 21518050)
danny@wmalaw.com
Chris Cravey (admitted *pro hac vice*)
cravey@wmalaw.com
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
Telephone:  (713) 934-7000
Facsimile:  (713) 934-7011

Thomas V. Girardi (State Bar No. 36603)
Howard B. Miller (State Bar No. 31392)
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

 **IT IS SO ORDERED:**

   Pursuant to the parties' Stipulation, Defendants LG Electronics Mobile Communications Company and LG Electronics Inc. are dismissed from the above entitled case.  The Clerk shall terminate these Defendants from the case.  To avoid confusion, all future filings in this case shall bear the following caption:  **Zoltar Satellite Alarm Systems, Inc. v. Motorola Inc., et al**. since the LG Electronics Defendants are no longer in the case.

Dated: July 17, 2007                                       _____/s/ James Ware_____
                                                                              JAMES WARE
                                                                              United States District Judge