COUNSEL LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILE COMMUNICATIONS CO., et al.<br>Defendants. | Case No.:  06cv044 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING DATE FOR FILING OF JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Hon. James Ware |

The parties stipulate, agree, and respectfully request the Court to delay by one day the submission of the parties' Joint Claim Construction and Prehearing Statement, resetting the current submission date of July 23, 2007 to July 24, 2007.  All other dates, including claim construction briefing and the claim construction hearing, will remain unchanged by this stipulation.

Zoltar and Defendants jointly request that the Court issue its Order based on the foregoing stipulation.

IT IS SO STIPULATED:


DATED:   July 19, 2007_____          WILLIAMS, MORGAN & AMERSON, P.C.
                                               GIRARDI & KEESE



                                               By:___/s/Howard Miller_____
                                               Howard Miller

                                               Attorneys for Plaintiff
                                               ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED:   __July 19, 2007_____             JONES DAY



                                               By:____/s/ Tharan Gregory Lanier_____
                                               Tharan Gregory Lanier

                                               Attorneys for Defendant
                                               MOTOROLA INC.

DATED:   July 19, 2007_____                  ROUSE HENDRICKS GERMAN MAY PC



                                               By:____/s/ Larry Rouse_____
                                               Larry Rouse
                                               Attorneys for Defendant
                                               SPRINT CORPORATION

DATED:   __July 19, 2007_____              HELLER EHRMAN, LLP



                                               By:____/s/ Aaron B. Thacker_____
                                               Aaron B. Thacker
                                               Attorneys for Defendant
                                               SAMSUNG ELECTRONICS CO. LTD.
                                               SAMSUNG TELECOMMUNICATIONS AMERICA
                                               LLC

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefore, it is

HEREBY ORDERED that:

The date for submission of the party's Joint Claim Construction and Prehearing

Statement shall be reset to July 24, 2007.  All other dates remain unchanged by this order.

DATED:  _July 20 2007_____

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE