COUNSEL LISTED ON LAST PAGE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS MOBILE COMMUNICATIONS CO., et al. <br> Defendants. | Case No.:  06cv044 JW <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING THE SCHEDULE FOR SOME EXCHANGES AND BRIEFING RELATED TO CLAIM CONSTRUCTION** <br><br> Hon. James Ware |

Counsel for Plaintiff Zoltar Satellite Alarms Systems, Inc. ("Zoltar") and counsel for Defendant Samsung Electronics Co. LTD and Samsung Telecommunications America LLC (collectively, "Samsung") have agreed to engage in mediation on August 13, 2007.

Zoltar, Samsung, Sprint Corporation (Sprint), and Motorola, Inc. (Motorola) therefore stipulate, agree, and respectfully request the Court to reset deadlines for claim construction exchanges and briefing according to the following schedule, which delays some exchanges and briefing until after the mediation, while leaving undisturbed the Court's previously chosen dates for the conclusion of Claim Construction briefing and the Claim Construction Hearing:

| August 7, 2007 | Zoltar files Opening Claim Construction Brief based on terms identified with Motorola and Sprint. |
| August 15, 2007 | Zoltar and Samsung exchange Patent L.R. 4-1 Initial Identification of Claim Terms for Construction. |
| August 20, 2007 | Zoltar and Samsung exchange Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence. |
| August 22, 2007 | Zoltar and Samsung file Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement. |
| August 28, 2007 | Samsung, Motorola, and Sprint file Claim Construction Response Briefs. |
| September 6, 2007 | Zoltar files Claim Construction Reply Brief. |
| September 21, 2007 | Claim Construction Hearing. |

Zoltar and Defendants jointly request that the Court issue its Order based on the foregoing stipulation.

IT IS SO STIPULATED:


DATED: __July 23, 2007_____        WILLIAMS, MORGAN & AMERSON, P.C.
                                            GIRARDI & KEESE



                                            By:__/s/Howard Miller_____
                                            Howard Miller

                                            Attorneys for Plaintiff
                                            ZOLTAR SATELLITE ALARM SYSTEMS, INC.

DATED: __July 23, 2007_____            JONES DAY


                                            By:___/s/ Tharan Gregory Lanier_____
                                            Tharan Gregory Lanier

                                            Attorneys for Defendant
                                            MOTOROLA INC.

DATED: _July 23, 2007_____               ROUSE HENDRICKS GERMAN MAY PC


                                            By:___/s/ Larry Rouse_____
                                            Larry Rouse
                                            Attorneys for Defendant
                                            SPRINT CORPORATION

DATED: _July 23, 2007_____             HELLER EHRMAN, LLP


                                            By:___/s/ Aaron B. Thacker_____
                                            Aaron B. Thacker
                                            Attorneys for Defendant
                                            SAMSUNG ELECTRONICS CO. LTD.
                                            SAMSUNG TELECOMMUNICATIONS AMERICA
                                            LLC

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefore, it is

HEREBY ORDERED that:

The schedule for claim construction shall be as follows:

| | |
|---|---|
| August 7, 2007 | Zoltar files Opening Claim Construction Brief based on terms identified with Motorola and Sprint. |
| August 15, 2007 | Zoltar and Samsung exchange Patent L.R. 4-1 Initial Identification of Claim Terms for Construction. |
| August 20, 2007 | Zoltar and Samsung exchange Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence. |
| August 22, 2007 | Zoltar and Samsung file Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement. |
| August 28, 2007 | Samsung, Motorola, and Sprint file Claim Construction Response Briefs. |
| September 6, 2007 | Zoltar files Claim Construction Reply Brief. |
| September 21, 2007 | Claim Construction Hearing. |

DATED:     July 30, 2007

_____
THE HON. JAMES WARE
UNITED STATES DISTRICT JUDGE