John J. Feldhaus (admitted *pro hac vice*)
jfeldhaus@foley.com
Lisa S. Mankofsky (admitted *pro hac vice*)
lmankofsky@foley.com
Anthony H. Son (State Bar No. 190478)
Ason@foley.com
Foley & Lardner LLP
3000 K Street, NW, Suite 500
Washington, DC 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Attorneys for Defendants
SANYO ELECTRIC CO., LTD., AND
SANYO NORTH AMERICA CORP.

Thomas V. Girardi (State Bar No. 36603)
tgirardi@girardikeese.com
Howard B. Miller (State Bar No. 31392)
hmiller@girardikeese.com
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br>        Plaintiff,<br>  v.<br>MOTOROLA, INC., a Delaware Corporation, et al.,<br>        Defendants. | Civil Action No. 5:06-CV-00044-JW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendants Sanyo Electric Co., Ltd. and Sanyo North America Corp.

(collectively "SANYO") hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action including all claims and counterclaims as pled in the Complaint; provided, however, that this dismissal shall not preclude SANYO, which expressly reserves the right, to assert any ground of non-liability, including but not limited to, the assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future claim of infringement by Zoltar against SANYO of U.S. Patent Nos. 5,650,770; 5,963,130; 6,198,390; and/or 6,518,889.

This dismissal is based on representations and warranties made by the parties in a Settlement Agreement, dated June 1, 2007, including the SANYO representation that their accused products identified in Zoltar's preliminary infringement contentions each contains a Qualcomm chip, and each party reserves all rights under the agreement.

Each party will bear its own costs and attorneys fees.

| | |
|---|---|
| Dated: August 29, 2007 | Dated: August 29, 2007 |
| **SANYO ELECTRIC CO., LTD., AND SANYO NORTH AMERICA CORP.** | **ZOLTAR SATELLITE ALARM SYSTEMS, INC.** |
| By their attorneys, | By its attorneys, |
| /s/ Lisa S. Mankofsky | /s/ Howard B. Miller |
| David B Moyer (State Bar No. 197739)<br>dmoyer@foley.com<br>Foley & Lardner LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 856-3700<br>Facsimile: (650) 856-3710 | Thomas V. Girardi (State Bar No. 36603)<br>Howard B. Miller (State Bar No. 31392)<br>Girardi & Keese<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554 |
| John J. Feldhaus (admitted *pro hac vice*)<br>jfeldhaus@foley.com<br>Lisa S. Mankofsky (admitted *pro hac vice*)<br>lmankofsky@foley.com<br>Anthony H. Son (State Bar No. 190478)<br>Ason@foley.com<br>Foley & Lardner LLP3000 K Street, NW, Suite 500<br>Washington, DC 20007-5143<br>Telephone: (202) 672-5300<br>Facsimile: (202) 672-5399 | Danny Williams (TX Bar No. 21518050)<br>danny@wmalaw.com<br>Chris Cravey (admitted *pro hac vice*)<br>cravey@wmalaw.com<br>Williams, Morgan & Amerson, P.C.<br>10333 Richmond, STE. 1100<br>Houston, TX 77042<br>Telephone: (713) 934-7000<br>Facsimile: (713) 934-7011 |

* * *

**SO ORDERED**

Date: August 31, 2007      _____

United States District Court Judge

F:\clients\25347\pld\StipReDismissal

3