UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No. C 06-00044 JW |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER ALLOWING PRESENTATION EQUIPMENT FOR CLAIM CONSTRUCTION HEARING |
| v. | |
| MOTOROLA, INC., ET AL, | |
| Defendants. | |

The Court having read and considered Request for Administrative Relief Allowing Presentation Equipment For Claim Construction Hearing by Motorola, Inc. and Zoltar Satellite Alarm Systems, Inc., hereby GRANTS the Administrative Request, and Orders that:

The Plaintiff and Motorola are permitted to bring into Courtroom 8 presentation equipment including a projector, a projector stand, and related cables, for the claim construction hearing scheduled for Friday, September 28, 2007.

**IT IS SO ORDERED**

Dated: September 28, 2007

_____
District Judge James Ware