Hae-Chan Park (admitted *pro hac vice*)
hpark@park-law.com
Wayne Michael Helge (admitted *pro hac vice*)
whelge@park-law.com
H.C. Park & Associates, PLC
8500 Leesburg Pike
Suite 7500
Vienna, VA 22182
Telephone: (703) 288-5105
Facsimile: (703) 288-5139
Attorneys for Defendants
UTSTARCOM, INC. and
Utstarcom Personal Communications,
(f/k/a Audivox Communications Corporation)

Thomas V. Girardi (State Bar No. 36603)
tgirardi@girardikeese.com
Howard B. Miller (State Bar No. 31392)
hmiller@girardikeese.com
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br>　　　　　Plaintiff,<br>　v.<br>MOTOROLA, INC., a Delaware Corporation, et. al.,<br>　　　　　Defendants. | Civil Action No. 5:06-CV-00044-JW<br><br>**STIPULATION OF DISMISSAL** |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendants UTStarcom Inc. and Utstarcom Personal Communications (f/k/a

1

Audiovox Communications Corporation) (collectively, "UTStarcom") hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action including all claims and counterclaims as pled in the Complaint; provided, however, that this dismissal shall not preclude UTStarcom from asserting, and UTStarcom expressly reserves the right to assert, any ground of non-liability including but not limited to the assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future claim of infringement by Zoltar against UTStarcom of U.S. Patent No. 5,650,770, U.S. Patent No. 5,963,130, U.S. Patent No. 6,198,390, and/or U.S. Patent No. 6,518,889.

This dismissal is based on representations and warranties made by the parties in a Settlement Agreement dated June 1, 2007 including UTStarcom's representation that the accused UTStarcom products identified in Zoltar's preliminary infringement contentions each contain a Qualcomm chip, and each party reserves all rights under the Settlement Agreement.

Each party will bear its own costs and attorneys fees.

| | |
|---|---|
| Dated: October 8, 2007 | Dated: October 8, 2007 |
| **UTSTARCOM INC.;  AND UTSTARCOM PERSONAL COMMUNICATIONS (F/K/A AUDIOVOX COMMUNICATIONS CORPORATION)** | **ZOLTAR SATELLITE ALARM SYSTEMS, INC.** |
| By their attorneys, | By its attorneys, |
| /s/ Hae-Chan Park<br>Hae-Chan Park (admitted *pro hac vice*)<br>Wayne Michael Helge (admitted *pro hac vice*)<br>H.C. Park & Associates<br>8500 Leesburg Pike<br>Suite 7500<br>Vienna, VA 22182<br>Telephone: (703) 288-5105<br>Facsimile:  (703) 288-5139 | /s/ Howard B. Miller<br>Thomas V. Girardi (State Bar No. 36603)<br>Howard B. Miller (State Bar No. 31392)<br>Girardi & Keese<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554<br><br>Danny Williams (TX Bar No. 21518050)<br>Chris Cravey (admitted *pro hac vice*)<br>Williams, Morgan & Amerson, P.C.<br>10333 Richmond, STE. 1100<br>Houston, TX 77042<br>Telephone: (713) 934-7000<br>Facsimile: (713) 934-7011<br><br>LAW OFFICES OF RON SCHLAGER<br>Ron Schlager<br>15030 VENTURA BLVD. #337<br>SHERMAN OAKS, CA 91403<br>Telephone: (818) 988-2462<br>Facsimile: (818) 988-21-1 |

1
**ORDER PURSUANT TO STIPULATION:**

The Clerk shall terminate Defendants UTStarcom Inc. and Utstarcom Personal Communications (f/k/a Audiovox Communications Corporation) from the docket.

Dated:  October 22, 2007

_____
JAMES WARE
United States District Judge

4