COUNSEL LISTED ON LAST PAGE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No.: 5:06-CV-00044 JW |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| MOTOROLA, INC., a Delaware Corporation, et al | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendant Palm, Inc. ("Palm") hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action including all claims and counterclaims as pled in the Complaint; provided, however, that this dismissal shall not preclude Palm from asserting, and Palm expressly reserves the right to assert, any ground of non-liability including but not limited to the assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future claim of infringement by Zoltar against Palm of U.S. Patent No. 5,650,770, U.S. Patent No. 5,963,130, U.S. Patent No. 6,198,390, and/or U.S. Patent No. 6,518,889.

This dismissal is based on representations and warranties made by the parties in a Settlement Agreement dated June 1, 2007 including Palm's representations in Paragraph 6 of that Settlement Agreement, and each party reserves all rights under the agreement.

Each party will bear its own costs and attorneys fees.

Heller Ehrman LLP

DATED: October 8, 2007

PALM, INC.

By its attorneys,

/s/Robert T. Haslam

ROBERT T. HASLAM (State Bar No. 71134)
MICHAEL M. MARKMAN (State Bar. No. 191388)
AMY K. VAN ZANT (State Bar No. 197426)
JAIDEEP VENKATESAN (State Bar No. 211386)
AARON B. THACKER (State Bar No. 239946)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:  (650) 324-7000
Facsimile: (650) 324-0638

DATED: October 8, 2007

ZOLTAR SATELLITE ALARM SYSTEMS, INC.

By its attorneys,

/s/ Howard B. Miller

THOMAS V. GIRARDI (State Bar No. 36603)
HOWARD B. MILLER (State Bar No. 31392)
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

| | |
|---|---|
| Danny Williams (TX Bar No. 21518050) | LAW OFFICES OF RON SCHLAGER |
| Chris Cravey (admitted pro hac vice) | Ron Schlager |
| WILLIAMS, MORGAN & AMERSON, P.C. | 15030 VENTURA BLVD. #337 |
| 10333 Richmond, STE. 1100 | SHERMAN OAKS, CA 91403 |
| Houston, TX 77042 | Telephone:  (818) 988-2462 |
| Telephone: (713) 934-7000 | Facsimile:  (818) 988-2101 |
| Facsimile: (713) 934-7011 | |

**ORDER PURSUANT TO STIPULATION**

The Clerk shall terminate Defendant Palm, Inc. from the docket.

Dated:  October 22, 2007

_____
JAMES WARE
United States District Judge

Heller Ehrman LLP