COUNSEL LISTED ON LAST PAGE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No.: 5:06-CV-00044 JW |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG TELECOMMUNICATIONS AMERICA LP | |
| Defendant. | |

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite
2  Alarm Systems, Inc. ("Zoltar") and defendants Samsung Electronics Co., LTD and Samsung
3  Telecommunications America LP ("Samsung") hereby stipulate to the dismissal, with prejudice, of
4  the above-captioned civil action including all claims and counterclaims as pled in the Complaint;
5  provided, however, that this dismissal shall not preclude Samsung from asserting, and Samsung
6  expressly reserves the right to assert, any ground of non-liability including but not limited to the
7  assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future
8  claim of infringement by Zoltar against Samsung of U.S. Patent No. 5,650,770, U.S. Patent No.
9  5,963,130, U.S. Patent No. 6,198,390, and/or U.S. Patent No. 6,518,889.

10  This dismissal is based on representations and warranties made by the parties in a
11  Settlement Agreement dated August 28, 2007 including Samsung's representation that the accused
12  Samsung products identified in Zoltar's preliminary infringement contentions each contains a
13  Qualcomm chip, and each party reserves all rights under the agreement.

14  Each party will bear its own costs and attorneys fees.

16  DATED: October 4, 2007

18  SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG TELECOMMUNICATIONS AMERICA LP

19  By its attorneys,

20   /s/Robert T. Haslam

22  ROBERT T. HASLAM (State Bar No. 71134)
    AMY K. VAN ZANT (State Bar No. 197426)
23  JAIDEEP VENKATESAN (State Bar No. 211386)
    AARON B. THACKER (State Bar No. 239946)
24  HELLER EHRMAN LLP
    275 Middlefield Road
25  Menlo Park, CA  94025-3506
    Telephone:  (650) 324-7000
26  Facsimile: (650) 324-0638

27  MICHAEL K. PLIMACK (Bar No. 133869)
28  HELLER EHRMAN LLP

STIPULATION OF DISMISSAL          2
Case No.: 5:06-CV-00044 JW

333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

DATED: October 4, 2007

ZOLTAR SATELLITE ALARM SYSTEMS, INC.

By its attorneys,

 /s/ Howard B. Miller
THOMAS V. GIRARDI (State Bar No. 36603)
HOWARD B. MILLER (State Bar No. 31392)
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

| | |
|---|---|
| Danny Williams (TX Bar No. 21518050) | LAW OFFICES OF RON SCHLAGER |
| Chris Cravey (admitted pro hac vice) | Ron Schlager |
| WILLIAMS, MORGAN & AMERSON, P.C. | 15030 VENTURA BLVD. #337 |
| 10333 Richmond, STE. 1100 | SHERMAN OAKS, CA 91403 |
| Houston, TX 77042 | |
| Telephone: (713) 934-7000 | |
| Facsimile: (713) 934-7011 | |

**ORDER PURSUANT TO STIPULATION:**

The Clerk shall terminate Defendants Samsung Electronics Co., Ltd, and Samsung Telecommunications America LLC from the docket.

Dated:  October 22, 2007

_____
JAMES WARE
United States District Judge

STIPULATION OF DISMISSAL                    3
Case No.: 5:06-CV-00044 JW