1
2
3  COUNSEL LISTED ON LAST PAGE
4
5
6
7



IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ZOLTAR SATELLITE ALARM SYSTEMS, INC., | Case No.: 5:06-CV-00044 JW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG TELECOMMUNICATIONS AMERICA LP | |
| Defendant. | |

STIPULATION OF DISMISSAL
CASE NO. 5:06-CV-00044 JW

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendants Samsung Electronics Co., LTD and Samsung Telecommunications America LP ("Samsung") hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action including all claims and counterclaims as pled in the Complaint; provided, however, that this dismissal shall not preclude Samsung from asserting, and Samsung expressly reserves the right to assert, any ground of non-liability including but not limited to the assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future claim of infringement by Zoltar against Samsung of U.S. Patent No. 5,650,770, U.S. Patent No. 5,963,130, U.S. Patent No. 6,198,390, and/or U.S. Patent No. 6,518,889.

This dismissal is based on representations and warranties made by the parties in a Settlement Agreement dated August 28, 2007 including Samsung's representation that the accused Samsung products identified in Zoltar's preliminary infringement contentions each contains a Qualcomm chip, and each party reserves all rights under the agreement.

Each party will bear its own costs and attorneys fees.

DATED: October 4, 2007

SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG TELECOMMUNICATIONS AMERICA LP

By its attorneys,

 /s/Robert T. Haslam  

ROBERT T. HASLAM (State Bar No. 71134)
AMY K. VAN ZANT (State Bar No. 197426)
JAIDEEP VENKATESAN (State Bar No. 211386)
AARON B. THACKER (State Bar No. 239946)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:  (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (Bar No. 133869)
HELLER EHRMAN LLP

STIPULATION OF DISMISSAL                2
Case No.: 5:06-CV-00044 JW

333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

DATED: October 4, 2007

ZOLTAR SATELLITE ALARM SYSTEMS, INC.

By its attorneys,

 /s/ Howard B. Miller
THOMAS V. GIRARDI (State Bar No. 36603)
HOWARD B. MILLER (State Bar No. 31392)
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Danny Williams (TX Bar No. 21518050)       LAW OFFICES OF RON SCHLAGER
Chris Cravey (admitted pro hac vice)        Ron Schlager
WILLIAMS, MORGAN & AMERSON, P.C.     15030 VENTURA BLVD. #337
10333 Richmond, STE. 1100                    SHERMAN OAKS, CA 91403
Houston, TX 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011


**ORDER PURSUANT TO STIPULATION:**

The Clerk shall terminate Defendants Samsung Electronics Co., Ltd, and Samsung Telecommunications America LLC from the docket.

Dated:  October 22, 2007                    _____
                                            JAMES WARE
                                            United States District Judge

STIPULATION OF DISMISSAL                 3
Case No.: 5:06-CV-00044 JW