D. Joseph English
Duane Morris LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006-1608
(202) 776-7800
Fax: (202) 776-7801

Lina M. Brenner
Duane Morris LLP
One Market Plaza
Spear Tower, Suite 2000
San Francisco, CA 94105-1104
(415) 957-3000
Fax: (415) 957-3001
Attorneys for Defendant
AUDIOVOX  COMMUNICATIONS CORPORATION

Thomas V. Girardi (State Bar No. 36603)
tgirardi@girardikeese.com
Howard B. Miller (State Bar No. 31392)
hmiller@girardikeese.com
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation, <br>            Plaintiff, <br>      v. <br> MOTOROLA, INC., a Delaware Corporation, et. al., <br>            Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 5:06-CV-00044-JW <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendant  Audiovox Communications Corporation) ("Audiovox") hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action including all claims and counterclaims as pled in the Complaint; provided, however, that this dismissal shall not preclude Audiovox from asserting, and Audiovox reserves the right to assert, any ground of non-liability including but not limited to the assertion of invalidity or unenforceability as an affirmative defense or counterclaim to any future claim of infringement by Zoltar against Audiovox of U.S. Patent No. 5,650,770, U.S. Patent No. 5,963,130, U.S. Patent No. 6,198,390, and/or U.S. Patent No. 6,518,889.

This dismissal is based on representations and warranties made by the parties in a Settlement Agreement dated June 1, 2007 including Audiovox's representation that the accused Auidovox products identified in Zoltar's preliminary infringement contentions each contain a Qualcomm chip, and each party reserves all rights under the Settlement Agreement.

Each party will bear its own costs and attorneys fees.

Dated: November 1, 2007

Dated: November 1, 2007

**AUDIOVOX COMMUNICATIONS CORPORATION**

**ZOLTAR SATELLITE ALARM SYSTEMS, INC.**

By its attorneys,

By its attorneys,

/s/ D. Joseph English
D. Joseph English
Duane Morris LLP
1667 K Street, N.W. Suite 700
Washington, DC 20006-1608
(202) 776-7800

/s/ Howard B. Miller
Thomas V. Girardi (State Bar No. 36603)
Howard B. Miller (State Bar No. 31392)
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Lina M. Brenner
Duane & Morris LLP
One Market Plaza
Spear Tower, Suite 2000
San Francisco, CA 94105-1104
(415) 957-3000
Fax: (415) 957-3001

Danny Williams (TX Bar No. 21518050)
Chris Cravey (admitted *pro hac vice*)
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

LAW OFFICES OF RON SCHLAGER
Ron Schlager
15030 VENTURA BLVD. #337
SHERMAN OAKS, CA 91403
Telephone: (818) 988-2462
Facsimile: (818) 988-21-1

* * *

**SO ORDERED**

Date: November 7, 2007

_____
United States District Court Judge

1

2 F:\clients\25347\pld\StipReDismissal

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28