IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite Alarm Systems, Inc., | NO. C 06-00044 JW |
|     Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Motorola, Inc., et al, | |
|     Defendants. | |

The Court, on its own motion, continues the Case Management Conference presently scheduled for **December 3, 2007** to **December 17, 2007 at 10 AM**. The parties need not file a further Joint Statement at this time.

Dated: November 30, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Aaron Benjamin Thacker aaron.thacker@hellerehrman.com
Amy Kathleen VanZant avanzant@hewm.com
3  Andrew Ellis Monach amonach@mofo.com
Anthony Hyeok Son Ason@foleylaw.com
4  Choongsoo Park park@fr.com
Chris N. Cravey ccravey@wmalaw.com
5  Danny L. Williams danny@wmalaw.com
David Baxter Moyer dmoyer@foley.com
6  Eric Cha echa@jonesday.com
Hae-Chan Park hpark@park-law.com
7  Hilda C. Galvan hcgalvan@jonesday.com
Howard B. Miller hmiller@girardikeese.com
8  Jaideep Venkatesan jay.venkatesan@hellerehrman.com
Jingming (James) Cai jcai@flglawyer.com
9  Jingming (James) Cai jcai@flglawyer.com
John J. Feldhaus jfeldhaus@foley.com
10 Joshua Burrill Pond pond@fr.com
Keith B. Davis kbdavs@jonesday.com
11 Lawrence A Rouse larryr@rhgm.com
Lina M. Brenner lmbrenner@duanemorris.com
12 Mark N. Reiter mnreiter@jonesday.com
Mark William McGrory markm@rhgm.com
13 Michael J. McKeon mckeon@fr.com
Michael Junwhan Song msong@foley.com
14 Michael Kenneth Plimack mplimack@hewm.com
Michael Myles Markman mmarkman@hewm.com
15 Nathaniel Philip Bruno nbruno@sheppardmullin.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
16 Ron Schlager LeglBeagl1@AOL.com
Shelley Kay Mack mack@fr.com
17 Steven R. Katz katz@fr.com
Tharan Gregory Lanier tglanier@jonesday.com
18 Wayne Michael Helge whelge@park-law.com

19

20

21 **Dated: November 30, 2007**                    **Richard W. Wieking, Clerk**

22

                                                  **By:  /s/ JW Chambers**
23                                                       **Elizabeth Garcia**
                                                         **Courtroom Deputy**
24

25

26

27

28