IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite Alarm Systems, Inc., | NO. C 06-00044 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Motorola, Inc., et al., | |
|       Defendants. | |

In light of the Court's intention to issue its First Claim Construction Order, the Court **vacates** the Case Management Conference presently set for **December 17, 2007**. The Court will set a new Case Management Conference date in its First Claim Construction Order.

Dated: December 14, 2007

                                                 JAMES WARE
                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron Benjamin Thacker aaron.thacker@hellerehrman.com
Amy Kathleen VanZant avanzant@hewm.com
Andrew Ellis Monach amonach@mofo.com
Anthony Hyeok Son Ason@foleylaw.com
Choongsoo Park park@fr.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
David Baxter Moyer dmoyer@foley.com
Eric Cha echa@jonesday.com
Hae-Chan Park hpark@park-law.com
Hilda C. Galvan hcgalvan@jonesday.com
Howard B. Miller hmiller@girardikeese.com
Jaideep Venkatesan jay.venkatesan@hellerehrman.com
Jingming (James) Cai jcai@flglawyer.com
Jingming (James) Cai jcai@flglawyer.com
John J. Feldhaus jfeldhaus@foley.com
Joshua Burrill Pond pond@fr.com
Keith B. Davis kbdavs@jonesday.com
Lawrence A Rouse larryr@rhgm.com
Lina M. Brenner lmbrenner@duanemorris.com
Mark N. Reiter mnreiter@jonesday.com
Mark William McGrory markm@rhgm.com
Michael J. McKeon mckeon@fr.com
Michael Junwhan Song msong@foley.com
Michael Kenneth Plimack mplimack@hewm.com
Michael Myles Markman mmarkman@hewm.com
Nathaniel Philip Bruno nbruno@sheppardmullin.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com
Shelley Kay Mack mack@fr.com
Steven R. Katz katz@fr.com
Tharan Gregory Lanier tglanier@jonesday.com
Wayne Michael Helge whelge@park-law.com

Dated:  December 14, 2007            Richard W. Wieking, Clerk

                                     By:   /s/ JW Chambers
                                           Elizabeth Garcia
                                           Courtroom Deputy