**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite Alarm Systems, Inc., | NO. C 06-00044 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Motorola, Inc., et al., | |
| Defendants. / | |

On February 4, 2008, the parties filed a Joint Case Management Statement with revised Claim Construction Charts, asserting their positions with respect to the claim terms left for the Court to construe. The Court finds that the parties' positions regarding these terms are clear from their charts. Since the Court has the information it needs to proceed with its second round of claim construction, the Court **VACATES** the Case Management Conference presently set for **February 11, 2008**. To the extent either party disagrees with the Court's construction in its First Claim Construction Order, that party may file a properly noticed Motion for Reconsideration before the Court in accordance with the Civil Local Rules. The Court will set a further Case Management Conference when it issues its Second Claim Construction Order.

Dated: February 7, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron Benjamin Thacker aaron.thacker@hellererhman.com
Amy Kathleen VanZant avanzant@hewm.com
Andrew Ellis Monach amonach@mofo.com
Anthony Hyeok Son Ason@foleylaw.com
Choongsoo Park park@fr.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
David Baxter Moyer davidbmoyer@yahoo.com
Eric Cha echa@jonesday.com
Hae-Chan Park hpark@park-law.com
Hilda C. Galvan hcgalvan@jonesday.com
Howard B. Miller hmiller@girardikeese.com
Iman Lordgooei ilordgooei@jonesday.com
Jaideep Venkatesan jay.venkatesan@hellerehrman.com
Jingming (James) Cai jcai@flglawyer.com
Jingming (James) Cai jcai@flglawyer.com
John J. Feldhaus jfeldhaus@foley.com
Joshua Burrill Pond pond@fr.com
Keith B. Davis kbdavs@jonesday.com
Lawrence A Rouse larryr@rhgm.com
Lina M. Brenner lmbrenner@duanemorris.com
Mark N. Reiter mnreiter@jonesday.com
Mark William McGrory markm@rhgm.com
Michael J. McKeon mckeon@fr.com
Michael Junwhan Song msong@foley.com
Michael Kenneth Plimack mplimack@hewm.com
Michael Myles Markman mmarkman@hewm.com
Nathaniel Bruno nbruno@sheppardmullin.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com
Shelley Kay Mack mack@fr.com
Steven R. Katz katz@fr.com
Tharan Gregory Lanier tglanier@jonesday.com
Wayne Michael Helge whelge@park-law.com

**Dated: February 7, 2008**             **Richard W. Wieking, Clerk**

                                           **By: /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**