1  Thomas V. Girardi (State Bar No. 36603)
   tgirardi@girardikeese.com
2  Howard B. Miller (State Bar No. 31392)
   hmiller@girardikeese.com
3  Girardi & Keese
4  1126 Wilshire Boulevard
   Los Angeles, CA 90017-1904
5  Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
6
7  Danny Williams (TX Bar No. 21518050)
   danny@wmalaw.com
8  Chris Cravey (admitted *pro hac vice*)
   cravey@wmalaw.com
9  Williams, Morgan & Amerson, P.C.
10 10333 Richmond, STE. 1100
   Houston, TX 77042
11 Telephone: (713) 934-7000
   Facsimile: (713) 934-7011
12 Attorneys for Plaintiff
13 ZOLTAR SATELLITE ALARM SYSTEMS, INC.

**ORDER E-FILED 2/25/2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br>          Plaintiff,<br>v.<br>MOTOROLA, INC., a Delaware Corporation, et. al.,<br>          Defendants. | Civil Action No. 5:06-CV-00044-JW(HRL)<br>**STIPULATION TO CONTINUE**<br>**HEARING OF FEBRUARY 26, 2008**<br>Judge: Hon. Howard R. Lloyd<br>**AND ORDER** |

      IT IS HEREBY STIPULATED by and between Plaintiff ZOLTAR SATELLITE ALARM SYSTEMS, INC., and Defendants MOTOROLA, INC. and SPRINT CORPORATION, by and through their respective undersigned attorneys of record:

WHEREAS the Plaintiff's counsel, Chris Cravey, who is scheduled to argue at the hearing of February 26, 2008 is ill with the flu, so he cannot attend the hearing;

NOW THEREFORE, it is hereby STIPULATED AND ORDERED that the hearing scheduled for February 26, 2008 in the above entitled case should be continued to the earliest mutually available date for all Parties and the Court, and the delay of the hearing date will be without prejudice to any Parties' position on the matter. The Parties will select the date, and moving Defendants will notice the date, on or before Friday, February 29, 2008.

**IT IS SO STIPULATED:**

Dated: Los Angeles, California
       February 25, 2008

| | |
|---|---|
| **ATTORNEYS FOR PLAINTIFF**<br>**Zoltar Satellite Alarm Systems, Inc.** | /s/ Howard B. Miller<br>Howard B. Miller (State Bar No. 31392)<br>hmiller@girardikeese.com<br>**Girardi & Keese**<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554<br><br>Danny Williams (TX Bar No. 21518050)<br>danny@wmalaw.com<br>Chris Cravey (admitted *pro hac vice*)<br>cravey@wmalaw.com<br>**Williams, Morgan & Amerson, P.C.**<br>10333 Richmond, STE. 1100<br>Houston, TX 77042<br>Telephone: (713) 934-7000<br>Facsimile: (713) 934-7011 |

///
///
///

Dated: Palo Alto, California
February 25, 2008

**ATTORNEYS FOR DEFENDANT**
**Motorola, Inc.**

/s/ Tharan Gregory Lanier
Tharan Gregory Lanier (SBN 138784)
tglanier@jonesday.com
Eric Cha (SBN 204538)
echa@jonesday.com
Iman Lordgooei (SBN 251320)
ilordgooei@jonesday.com
**Jones Day**
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Dated: Kansas City, Missouri
February 25, 2008

**ATTORNEYS FOR DEFENDANT**
**Sprint Corporation**

/s/ Mark M. McGrory
Mark M. McGrory (admitted *pro hac vice*)
**Rouse Hendricks German May PC**
1010 Walnut St., Ste. 400
Kansas City, MO 64106
Tele: (816) 471-7700
Fax: (816) 471-2221
Email: markm@rhgm.com

Nathaniel Bruno (CA Bar No. 228118)
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tele: (415) 434-9100
Fax: (415) 434-3947
Email: nbruno@smrh.com

**SO ORDERED:**

Dated: San Jose, California
February 25, 2008

By: _____
Honorable

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Howard R. Lloyd]*

3