SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP
(CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

RON SCHLAGER (CA Bar No. 128060)
leglbeagl1@aol.com
THE LAW OFFICES OF RON
SCHLAGER
15030 Ventura Boulevard, Suite 337
Sherman Oaks, CA 91403
(818) 988-2462 Tel.
(818) 988-2101 Fax

THOMAS V. GIRARDI
(CA Bar No. 36603)
tgirardi@girardikeese.com
HOWARD B. MILLER
(CA Bar No. 31392)
hmiller@girardikeese.com
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211 Tel.
(213) 481-1554 Fax

*Attorneys for Plaintiff*
*ZOLTAR SATELLITE ALARM SYSTEMS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation. <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., a Delaware Corporation, et. al., <br><br> Defendants. | Case No. CV 06-00044 JW <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPRINT AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL AS TO                                                                  CASE NO. CV 06-00044 JW
DEFENDANT SPRINT AND
[PROPOSED ORDER]

Pursuant to an agreement of the parties, plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") and defendant Sprint Corporation ("Sprint"), through their respective counsel, hereby stipulate to dismissal of claims and counterclaims between Zoltar and Sprint only, as follows:

1. All claims, counterclaims if any, and defenses by Zoltar against Sprint and by Sprint against Zoltar are dismissed without prejudice.

2. Zoltar and Sprint shall bear their own costs of suit and attorneys' fees.

**IT IS SO STIPULATED**

DATED:  December 19, 2008                                HOSIE RICE LLP

                                                By:  _/s/ George F. Bishop_____
                                                      George F. Bishop

                                                *Attorneys for Plaintiff Zoltar Satellite Alarm Systems, Inc.*

DATED:  December 19, 2008                                ROUSE HENDRICKS
                                                         GERMAN MAY PC

                                                By:  _/s/ Mark W. McGrory_____
                                                      Mark W. McGrory

DATED:  December 19, 2008                                SHEPPARD MULLIN
                                                         RICHTER & HAMPTON LLP

                                                By:  _/s/ Nathaniel Bruno_____
                                                      Nathaniel Bruno

                                                *Attorneys for Defendant Sprint Corporation*

1  I hereby attest that concurrence in the filing of this stipulation has been obtained for
2  all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3  Date:  December 19, 2008                    */s/ George F. Bishop*
                                                George F. Bishop

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL AS TO           2              CASE NO. CV 06-00044 JW
DEFENDANT SPRINT AND
[PROPOSED ORDER]

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 22, 2008

_____
The Honorable James Ware