IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite Alarm Systems, Inc., | NO. C 06-00044 JW |
|       Plaintiff,<br>  v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Motorola, Inc., et al., | |
|       Defendants._____/ | |

Since the Court issued its First Claim Construction Order on December 21, 2007, all but one Defendant, Wherify Wireless, Inc., have been dismissed from this action. In light of the posture of the case, the Court sets a Case Management Conference for **February 9, 2009 at 10 a.m.** to meet with remaining parties and to discuss a strategy to advance the case. On or before **January 30, 2009**, Plaintiff and Defendant Wherify Wireless shall meet and confer and file a Joint Case Management Statement. The Statement shall include, among other things, a chart containing the patents and claims asserted against Wherify and the terms to be construed.

Dated: January 9, 2009

                                                       JAMES WARE<br>                                                       United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Aaron Benjamin Thacker aaron.thacker@hellererhman.com
Amy Kathleen VanZant avanzant@hewm.com
3  Andrew Ellis Monach amonach@mofo.com
Anthony Hyeok Son Ason@foleylaw.com
4  Choongsoo Park park@fr.com
Chris N. Cravey ccravey@wmalaw.com
5  Danny L. Williams danny@wmalaw.com
David Baxter Moyer davidbmoyer@yahoo.com
6  Eric Cha echa@jonesday.com
Hae-Chan Park hpark@park-law.com
7  Hilda C. Galvan hcgalvan@jonesday.com
Howard B. Miller hmiller@girardikeese.com
8  Iman Lordgooei ilordgooei@jonesday.com
Jaideep Venkatesan jay.venkatesan@hellerehrman.com
9  Jingming (James) Cai jcai@flglawyer.com
Jingming (James) Cai jcai@flglawyer.com
10 John J. Feldhaus jfeldhaus@foley.com
Joshua Burrill Pond pond@fr.com
11 Keith B. Davis kbdavs@jonesday.com
Lawrence A Rouse larryr@rhgm.com
12 Lina M. Brenner lmbrenner@duanemorris.com
Mark N. Reiter mnreiter@jonesday.com
13 Mark William McGrory markm@rhgm.com
Michael J. McKeon mckeon@fr.com
14 Michael Junwhan Song msong@foley.com
Michael Kenneth Plimack mplimack@hewm.com
15 Michael Myles Markman mmarkman@hewm.com
Nathaniel Bruno nbruno@sheppardmullin.com
16 Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com
17 Shelley Kay Mack mack@fr.com
Steven R. Katz katz@fr.com
18 Tharan Gregory Lanier tglanier@jonesday.com
Wayne Michael Helge whelge@park-law.com
19

20 **Dated: January 9, 2009**                    **Richard W. Wieking, Clerk**
21
22                                                **By:   /s/ JW Chambers**
                                                       **Elizabeth Garcia**
23                                                     **Courtroom Deputy**
24
25
26
27
28