SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*ZOLTAR SATELLITE ALARM SYSTEMS, INC.*

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation.<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., a Delaware Corporation, et. al.,<br><br>Defendants. | Case No. CV 06-00044 JW<br><br>**ORDER CLOSING CASE** |

(Former) plaintiff Zoltar Satellite Alarm Systems, Inc. ("Zoltar") hereby submits this Case Management Statement,[1] in response to the Court's Order Setting Case Management Conference, dated January 9, 2009. Zoltar is pleased to report that, at this point, all of the defendants in this case, including Wherify Wireless, Inc. ("Wherify") have been dismissed.

---

[1] This Case Management Statement is submitted unilaterally by Zoltar, rather than jointly with Wherify Wireless Inc., because, as is described in more detail herein, Wherify was dismissed from this case in 2005.

CASE MANAGEMENT STATEMENT       1       CASE NO. CV 06-00044 JW

Zoltar voluntarily dismissed its claims against Wherify without prejudice, by notice dated September 29, 2005, and apologizes for any confusion over whether Wherify remained as a party in this case. Wherify was dismissed while the portion of this case including Wherify was still pending in the Eastern District of Texas, before that case was transferred to this Court later in 2005. *See Zoltar Satellite Alarm Systems, Inc. v. LG Electronics Mobile Comm. Co.*, *et al,* 402 F. Supp. 2d 731, 734, n.4 (E.D. Tex. 2005) (ordering transfer and noting "Zoltar voluntarily dismissed its claims against Wherify without prejudice"). A copy of the notice of dismissal is attached here to as Exhibit A.

Thus, at this time, all claims and counterclaims with respect to all parties in this action have been dismissed, and, so far as Zoltar is concerned, this action has been concluded in its entirety.

In light of the foregoing, Zoltar submits that there is no need for a further Case Management Conference. Zoltar would be glad, however, to answer any questions the Court may have.

**\*\*\* ORDER \*\*\***

In light of Zoltar's representation, the Court orders the Case Management Conference currently scheduled for February 9, 2009 VACATED and that this case be closed by the Clerk of Court.

Dated: February 3, 2009                    _____
                                            JAMES WARE
                                            United States District Judge